John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Of Counsel:*
Errol B. Taylor
Fredrick M. Zullow
MILBANK, TWEED, HADLEY &
McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

*Attorneys for Plaintiff*
*Orexo AB*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

--------------------------------------------------------

OREXO AB,

                Plaintiff,

                v.

MYLAN PHARMACEUTICALS INC. and
MYLAN INC.,

                Defendants.

--------------------------------------------------------

Civil Action No. 11-3788 (FLW)(LHG)

**APPLICATION FOR EXTENSION OF**
**TIME TO ANSWER OR REPLY**
**PURSUANT TO LOCAL CIVIL RULE**
**6.1(b)**

      Application is hereby made for a Clerk's Order extending the time within which plaintiff

Orexo AB ("Orexo") may answer the counterclaims filed by defendants Mylan Pharmaceuticals

Inc. and Mylan Inc. and served upon Orexo by electronic email and the CM/ECF system on

November 18, 2011, for a period not to exceed fourteen (14) days pursuant to Local Civil Rule

6.1(b), up to and including **December 27, 2011**; and it is represented that:

1.      There have been no prior extensions of time for Orexo to answer or otherwise

reply to the above-listed pleading; and

2.      Orexo's time to answer the above-listed pleading would otherwise expire on

December 12, 2011.


                                    Respectfully submitted,

Dated:  December 9, 2011            s/John E. Flaherty_____
                                    John E. Flaherty
                                    McCARTER & ENGLISH, LLP
                                    Four Gateway Center
                                    100 Mulberry Street
                                    Newark, New Jersey 07102
                                    (973) 622-4444

                                    *Of Counsel:*
                                    Errol B. Taylor
                                    Fredrick M. Zullow
                                    MILBANK, TWEED, HADLEY &
                                    McCLOY LLP
                                    1 Chase Manhattan Plaza
                                    New York, New York 10005-1413
                                    (212) 530-5000

                                    *Attorneys for Plaintiff*
                                    *Orexo AB*

The above application is GRANTED, and the time for Orexo to answer or otherwise reply to the counterclaims of defendants Mylan Pharmaceuticals Inc. and Mylan Inc. is extended for a period not to exceed fourteen (14) days, up to and including **December 27, 2011**, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

Dated: December ___, 2011

_____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2011, I caused a copy of the foregoing

APPLICATION FOR EXTENSION OF TIME TO ANSWER OR REPLY PURSUANT TO

LOCAL CIVIL RULE 6.1(b) to be served upon the following counsel of record by email and the

CM/ECF system:

Arnold B. Calmann (abc@saiber.com)
Jeffrey S. Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
SAIBER LLC
One Gateway Center, 10th Floor
Newark, NJ 07102-5311
Tel: (973) 622-3333

Douglass C. Hochstetler (dhochstetler@schiffhardin.com)
Jason G. Harp (jharp@schiffhardin.com)
Kathryn S. Devine (kdevine@schiffhardin.com)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Tel: (312) 258-5500

Beth D. Jacob (bjacob@schiffhardin.com)
SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
(212) 753-5000

By: s/John E. Flaherty
John E. Flaherty