John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Errol B. Taylor
Fredrick M. Zullow
William J. McNamara
MILBANK, TWEED, HADLEY &
  McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

*Attorneys for Plaintiff*
*Orexo AB*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OREXO AB,  Plaintiff,  v.  MYLAN PHARMACEUTICALS INC. and MYLAN INC.,  Defendants. | : : : : : : : : : : : | Honorable Freda L. Wolfson  Civil Action No. 3:11-cv-03788 (FLW)(LHG)  **ANSWER AND DEFENSES OF OREXO AB TO MYLAN'S COUNTERCLAIMS** |

Plaintiff Orexo AB, by its undersigned counsel, hereby replies to the

counterclaims of Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively "Mylan"

or "Defendants").

To the extent any of Defendants' Answers to Paragraphs 1-39 of Plaintiff's

Complaint are determined in whole or in part to state counterclaims or the basis for

counterclaims, Plaintiff incorporates by reference paragraphs 1-33 of its Complaint and denies

ME1 12737312v.1

each and every additional allegation contained in Defendants' Answer, except to the extent admitted in Plaintiff's responses to Defendants' Counterclaim Paragraphs 40-64 below.

To the extent any of Defendants' Separate Defenses are determined to state counterclaims, each and every one of the allegations contained therein is denied, except to the extent admitted in Plaintiff's responses to Defendants' Counterclaim Paragraphs 40-64 below.

To the extent any of Defendants' Prayers for Relief (A)-(D) are determined to state counterclaims, each and every one of the allegations contained therein is denied, except to the extent admitted in Plaintiff's responses to Defendants' Counterclaim Paragraphs 40-64 below.

## ANSWER TO DEFENDANTS' COUNTERCLAIMS

## COUNTERCLAIMS

40. To the extent the allegations set forth in Paragraph 40 are determined to state counterclaims, each and every one of the allegations contained therein is denied.

## THE PARTIES

41. Admitted, upon information and belief.

42. Admitted, upon information and belief.

43. Admitted.

44. Admitted.

45. Admitted.

46. Admitted.

## JURISDICTION AND VENUE

47. Admitted.

48. Admitted

49. Admitted.

## THE CONTROVERSY

50. Admitted, upon information and belief.

51. Admitted.

## COUNTERCLAIM COUNT I

52. Plaintiff realleges and incorporates by reference its responses to the allegations of Defendants' Counterclaim Paragraphs 40-51 and its Complaint, in its entirety.

53. Denied.

54. Denied.

55. Admitted.

56. Denied.

## COUNTERCLAIM COUNT 2

57. Plaintiff realleges and incorporates by reference its responses to the allegations of Defendants' Counterclaim Paragraphs 40-56 and its Complaint, in its entirety.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Admitted.

64. Denied.

**PRAYER FOR RELIEF**

(A)-(D).  Plaintiff denies that Defendants are entitled to any such relief and requests that all such relief be denied.

**AFFIRMATIVE DEFENSES**

65. Defendants have failed to state a claim upon which relief may be granted.

WHEREFORE, Plaintiff respectfully requests the following relief:

(a) Deny Defendants all requested relief and dismiss all Counterclaims with prejudice;

(b) Such other relief as this Court may deem proper.


Respectfully Submitted,

Dated: December 27, 2011       By:   s/John E. Flaherty
John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07109
(973) 622-4444

Errol B. Taylor
Fredrick M. Zullow
William J. McNamara
MILBANK, TWEED, HADLEY &
   McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

Attorneys for Plaintiff
OREXO AB

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2011, I caused a copy of the foregoing ANSWER AND DEFENSES OF OREXO AB TO MYLAN'S COUNTERCLAIMS to be served upon the following counsel of record by email and/or the CM/ECF system:

Arnold B. Calmann (abc@saiber.com)
Jeffrey S. Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
SAIBER LLC
One Gateway Center, 10th Floor
Newark, NJ 07102-5311
Tel: (973) 622-3333

Douglass C. Hochstetler (dhochstetler@schiffhardin.com)
Jason G. Harp (jharp@schiffhardin.com)
Kathryn S. Devine (kdevine@schiffhardin.com)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Tel: (312) 258-5500

Beth D. Jacob (bjacob@schiffhardin.com)
SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
(212) 753-5000

                                              By:  <u>s/John E. Flaherty</u>
                                                      John E. Flaherty