Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
973-622-3333
973-286-2465 (facsimile)

Douglass C. Hochstetler (DHochstetler@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
333 West Wacker Drive
Chicago, IL 60606
312-867-7070
312-857-7095 (facsimile)

Beth D. Jacob (BJacob@KelleyDrye.com)
Clifford Katz (CKatz@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, NY 10178
212-808-7800
212-808-7897 (facsimile)

Attorneys for Defendants/Counterclaim Plaintiffs
Mylan Pharmaceuticals Inc. and
Mylan Inc.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OREXO AB,<br><br>              Plaintiff,<br><br>      v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>              Defendants. | Civil Action No. 3:11-cv-3788-FLW-LHG<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Lois Goodman, U.S.M.J.<br><br>**NOTICE OF APPEARANCE OF**<br>**CLIFFORD KATZ**<br><br>*Document Filed Electronically* |

NY01/KATZC/1524409.1

**PLEASE TAKE NOTICE** that defendants Mylan Pharmaceuticals Inc. and Mylan Inc. ("Mylan") are represented by the firms of Saiber LLC and Kelley Drye & Warren LLP in the above matter.  Clifford Katz hereby enters his appearance as counsel of record on behalf of Mylan.  Accordingly, Mylan respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Clifford Katz at CKatz@kelleydrye.com.

        Respectfully submitted,

        **KELLEY DRYE & WARREN LLP**
        Attorneys for Defendants
        Mylan Pharmaceuticals Inc. and
        Mylan Inc.

        By:  s/ Clifford Katz
            Clifford Katz

Dated:  January 27, 2012