

March 1, 2012

**VIA ECF AND FEDERAL EXPRESS**

Honorable Lois H. Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Re: *Orexo AB v. Mylan Pharmaceuticals Inc., et al.*
    Civil Action No. 11-3788 (FLW) (LHG)

Dear Judge Goodman:

Our firm, along with our co-counsel Milbank, Tweed, Hadley & McCloy, represents Plaintiff Orexo AB in the above-referenced matter. We write on behalf of both Parties to request a one-week extension of the deadline to submit a consent discovery confidentiality order, which, under this Court's February 7, 2012 Pretrial Scheduling Order, is due to be filed today.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

The Parties have exchanged a draft of the order and have conferred on the unresolved issues. The Parties are working to finalize the consent order, which they expect to be prepared to submit on or before March 8, 2012.

Accordingly, the Parties respectfully request that the Court stay the Parties' obligations under the Pretrial Scheduling Order and the Local Rules to submit a consent discovery confidentiality order or alternative application for a discovery confidentiality order, until March 8, 2012.

BOSTON

Respectfully,

HARTFORD

*s/John E. Flaherty*

NEW YORK

John E. Flaherty

NEWARK

cc:  All Counsel (via email)

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 13072836v.1