

March 8, 2012

**VIA ECF AND EMAIL**

Honorable Lois H. Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   ***Orexo AB v. Mylan Pharmaceuticals Inc., et al.***
      **Civil Action No. 11-3788 (FLW) (LHG)**

Dear Judge Goodman:

Our firm, along with our co-counsel Milbank, Tweed, Hadley & McCloy, represents Plaintiff Orexo AB in the above-referenced matter. We write on behalf of both Parties to request a further extension of the Court's deadline to submit a consent discovery confidentiality order, which is due to be filed today.

The Parties have substantially agreed upon an order, but require client assistance and approval on a few remaining items.  The Parties believe that they will be able to resolve these remaining issues by the end of next week.

Accordingly, the Parties respectfully request that the Court stay the Parties' obligations under the Pre-Trial Scheduling Order and the Local Rules to submit a consent discovery confidentiality order or alternative application for a discovery confidentiality order, until March 16, 2012.

Respectfully,

*s/John E. Flaherty*

John E. Flaherty

cc:  All Counsel (via email)

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 13107979v.1