

March 26, 2012

**VIA ECF AND FEDERAL EXPRESS**

Honorable Lois H. Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Re:   *Orexo AB v. Mylan Pharmaceuticals Inc., et al.*
      **Civil Action No. 11-3788 (FLW) (LHG)**

Dear Judge Goodman:

Our firm, along with our co-counsel Milbank, Tweed, Hadley & McCloy, represents Plaintiff Orexo AB in the above-referenced matter.  We write on behalf of all parties to seek the Court's approval to adjust the case schedule based upon the following agreement between the parties:

(a)   Mylan will revise and re-serve its Invalidity Contentions on or before Friday, March 30, and, Mylan would also have the option of revising and re-serving its Non-Infringement Contentions.

(b)   Orexo will serve its Infringement Contentions and Response to Validity Contentions on or before Friday, April 20.

(c)   Thereafter, all discovery deadlines will be pushed back by three weeks, up to but not including the January 25, 2013 close of fact discovery deadline. The January 25, 2013 date and all dates thereafter will remain as scheduled in this Court's February 7, 2012 Pre-Trial Scheduling Order.

The Parties enclose a proposed revised schedule as Exhibit A setting forth all affected dates for the Court's consideration.  If the Court finds this revised schedule acceptable, we ask that the Court "So Order" the revised dates as set forth in the attached schedule.

Respectfully,

*s/John E. Flaherty*

John E. Flaherty

cc:  All Counsel (via email)

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 13181131v.1

Hon. Lois H. Goodman
March 26, 2012
Page 2

        So ordered on this \_\_\_ day of March, 2012:

        _____
        Hon. Lois H. Goodman, U.S.M.J.

ME1 13181131v.1

Hon. Lois H. Goodman
March 26, 2012
Page 3

**Exhibit A**

|  | **February 7, 2012 Pretrial Scheduling Order** | **Proposed Revised Pretrial Scheduling Order** |
|---|---|---|
| Defendants' Revised Invalidity Contentions and Non-Infringement Contentions | N/A | March 30, 2012 |
| Plaintiff's Infringement Contentions and Response to Validity Contentions | March 30, 2012 | April 20, 2012 |
| Plaintiff's Responses to Invalidity Contentions | March 30, 2012 | April 20, 2012 |
| Plaintiff's and Defendants' identification of terms each contend should be construed by the Court and those terms to be governed by 35 U.S.C. § 112(6). | April 13, 2012 | May 4, 2012 |
| Plaintiff's and Defendants' must file any motion to amend the pleadings or join new parties with leave of Court | April 27, 2012 | May 18, 2012 |
| Plaintiff's and Defendants' simultaneous exchange of Preliminary Claim Constructions | May 4, 2012 | May 25, 2012 |
| Plaintiff's and Defendants' exchange of identification of intrinsic and extrinsic evidence on which each party intends to rely in opposing other party's proposed claim constructions | May 18, 2012 | June 8, 2012 |
| Return date for Plaintiff's or Defendants' motion to amend the pleadings or join new parties with leave of Court | May 21, 2012 | June 11, 2012 |

ME1 13181131v.1

Hon. Lois H. Goodman
March 26, 2012
Page 4

| | | |
|---|---|---|
| Plaintiff's and Defendants' meet and confer regarding Joint Claim Construction and Pre-hearing Statement | May 21, 2012 | June 11, 2012 |
| Plaintiff's and Defendants' completion of the Joint Claim Construction and Pre-hearing Statement | June 1, 2012 | June 22, 2012 |
| Plaintiff's and Defendants' completion of discovery relating to claim construction | June 29, 2012 | July 20, 2012 |
| Plaintiff's and Defendants' filing and service of *Markman* briefs | July 16, 2012 | August 6, 2012 |
| Plaintiff's and Defendants' meet and confer to propose schedule for Claim Construction Hearing | July 27, 2012 | August 17, 2012 |
| Conclusion of any discovery from an expert witness who submitted a certification or declaration under L. Pat. R. 4.5(a) | August 15, 2012 | September 5, 2012 |
| Plaintiff's and Defendants' filing and service of responding *Markman* briefs | September 14, 2012 | October 5, 2012 |
| Plaintiff's and Defendants' deadline for producing and providing material related to party's reliance on advice of counsel as part of patent-related claim or defense | December 28, 2012 | January 18, 2013 |

ME1 13181131v.1