UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB, <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN INC., <br><br> Defendants. | Civil Action No. 3:11-cv-3788-FLW-LHG <br><br> *Document Filed Electronically* |

**CONSENT ORDER NO. 1 MODIFYING
DISCOVERY CONFIDENTIALITY ORDER**

**THIS MATTER** having been opened to the Court by Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively "Mylan"), by its attorneys of record herein, seeking a modification of the Discovery Confidentiality Order ("DCO") issued by United States Magistrate Judge Lois H. Goodman on March 26, 2012 (ECF No. 47); and it appearing that Paragraph 4b.(1) of the DCO identifies in-house counsel or other employees of a named party to whom certain information designated as "Confidential" may be disclosed under the terms of the DCO; and Paragraph 4b.(1) further providing that "[t]he parties may add persons to the list above by mutual agreement in writing by counsel"; and the Court having been informed in a letter from Arnold B. Calmann, Esq., counsel for Mylan, dated March 27, 2012, that plaintiff's counsel has agreed in writing and consented to the addition and inclusion of Dr. Abhijit Deshmukh and Sandeep Rathod as employees of Mylan to whom information designated as "Confidential" may be disclosed pursuant to Paragraph 4b.(1) of the DCO; and the Court having considered the

{00719286.DOC}

status of these proceedings and the pleadings in this matter; and for other and good cause having been shown,

IT IS on this 3rd day of April 2012;

**ORDERED** that Mylan's application to modify the DCO and add Dr. Abhijit Deshmukh and Sandeep Rathod as employees of Mylan who shall have access to information designated as "Confidential" pursuant to Paragraph 4b.(1) of the DCO, be and the same is hereby granted, and it is further

**ORDERED** that the March 26, 2012 DCO be and the same is hereby amended to add Dr. Abhijit Deshmukh and Sandeep Rathod to those persons named under Paragraph 4 of the DCO who shall have access to "Confidential" information; and it is further

**ORDERED** that Dr. Abhijit Deshmukh and Sandeep Rathod, having been added to the list of persons under Paragraph 4 of the DCO who are authorized to have access to "Confidential" information, shall each abide by all the terms and conditions of the said DCO.

HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

{00719286.DOC}