UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>　　　　Defendants. | Civil Action No. 3:11-cv-3788-FLW-LHG<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Lois Goodman, U.S.M.J.<br><br>*Document Filed Electronically* |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered [see, Docket # 50 – 3/28/2012]; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court [4/12/2012 - receipt no. TRE020887].

**SAIBER LLC**
Attorneys for Defendants/Counterclaim Plaintiffs
Mylan Pharmaceuticals Inc. and
Mylan Inc.

s/ Arnold B. Calmann
Arnold B. Calmann (abc@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

## PRO HAC VICE ATTORNEY INFORMATION:

Name: Douglass C. Hochstetler, Esq.

Address: Kelley Drye & Warren LLP

333 West Wacker Drive, 26th Floor

Chicago, IL 60606

E-Mail: dhochstetler@kelleydrye.com

{00722209.DOC}