UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB,<br><br>        Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>        Defendants. | Civil Action No. 3:11-cv-3788-FLW-LHG<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Lois Goodman, U.S.M.J.<br><br>*Document Filed Electronically* |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered [see, Docket # 55 – 5/7/2012]; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court [5/15/2012 - receipt no. TRE021845].

        **SAIBER LLC**
        Attorneys for Defendants/Counterclaim Plaintiffs
        Mylan Pharmaceuticals Inc. and
        Mylan Inc.

        s/ Arnold B. Calmann
        Arnold B. Calmann (abc@saiber.com)
        Katherine A. Escanlar (kae@saiber.com)
        One Gateway Center, 10th Floor
        Newark, New Jersey 07102-5311
        (973) 622-3333

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:     Sung W. Kim, Esq.
Address:  Kelley Drye & Warren LLP
          101 Park Avenue
          New York, NY 10178
E-Mail:   sukim@kelleydrye.com

{00726645.DOC}