# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 11-3788 (FLW)(LHG) ) |
| v. | ) ) |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC., | ) ) ) |
| Defendants. | ) |

## REQUEST BY JOHN E. FLAHERTY FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by John E. Flaherty for *pro hac vice* counsel Thomas A. Stevens to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for Thomas A. Stevens.

Dated: June 21, 2012

                                                                                                                  s/ John E. Flaherty
                                                                                                                   John E. Flaherty

                                                                                       John E. Flaherty
                                                                                       **McCARTER & ENGLISH, LLP**
                                                                                       Four Gateway Center
                                                                                       100 Mulberry Street
                                                                                       Newark, NJ 07102
                                                                                       (973) 622-4444 (telephone)
                                                                                       (973) 624-7070 (facsimile)

Thomas A. Stevens
**MCCARTER & ENGLISH, LLP**
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300 (telephone)
(302) 984-6399 (facsimile)

*Of Counsel:*
Errol B. Taylor
Frederick M. Zullow
William J. McNamara
**MILBANK, TWEED, HADLEY & McCLOY LLP**
One Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000 (telephone)
(212) 530-5219 (facsimile)

*Attorneys for Orexo AB*

PRO HAC VICE ATTORNEY INFORMATION

Thomas A. Stevens (tstevens@mccarter.com)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801