

# McCARTER & ENGLISH
ATTORNEYS AT LAW

June 22, 2012

**VIA FACSIMILE**

Honorable Lois H. Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Re: *Orexo AB v. Mylan Pharmaceuticals Inc., et al.*
**Civil Action No. 11-3788 (FLW) (LHG)**

Dear Judge Goodman:

Our firm, along with our co-counsel Milbank, Tweed, Hadley & McCloy, represents Plaintiff Orexo AB in the above-referenced matter. We write on behalf of all parties to seek the Court's approval of a brief extension of the deadline to file the Joint Claim Construction and Pre-hearing Statement, which is due to be filed today.

The Parties have been working but will be unable to finalize the submission by today's deadline. The Parties believe that they will be able to submit the joint statement by the end of Tuesday, June 26.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Accordingly, the Parties respectfully request an extension to file the Joint Claim Construction and Pre-hearing Statement to June 26, 2012.

If the Court finds this extension acceptable, we ask that the Court "So Order" this letter and have it entered on the docket.

BOSTON

We thank the Court for its attention to this matter.

HARTFORD

Respectfully,

NEW YORK

s/*John E. Flaherty*

NEWARK

John E. Flaherty

cc: All Counsel (via email)

PHILADELPHIA

So ordered on this ___ day of June, 2012:

STAMFORD

Hon. Lois H. Goodman, U.S.M.J.

WILMINGTON

ME1 13181131v.1