Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
973-622-3333
973-286-2465 (facsimile)

Douglass C. Hochstetler (DHochstetler@KelleyDrye.com)
Constantine Koutsoubas (CKoutsoubas@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
333 West Wacker Drive
26th Floor
Chicago, IL 60606
312-867-7070
312-867-7096 (facsimile)

Beth D. Jacob (BJacob@KelleyDrye.com)
Clifford Katz (CKatz@KelleyDrye.com)
Sung W. Kim (SuKim@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
Suite 1700
New York, NY 10178
212-808-7800
212-808-7897 (facsimile)

Attorneys for Defendants/Counterclaim Plaintiffs
Mylan Pharmaceuticals Inc. and Mylan Inc.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>　　　　Defendants. | Civil Action No. 3:11-cv-3788-FLW-LHG<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>**NOTICE OF MOTION TO SEAL**<br><br>Motion Return Date:  August 20, 2012<br><br>*Document Filed Electronically* |

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Monday, August 20, 2012**, at **10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan") shall appear before the Honorable Lois H. Goodman, United States Magistrate Judge, at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Room 7050, Trenton, New Jersey, and shall move this Court, pursuant to Local Civil Rule 5.3(c), for an Order sealing the following portions of the July 6, 2012 letter and exhibits to the July 8, 2012 letter (ECF Nos. 64 and 65):

July 6, 2012 Letter

- Page 4, last paragraph, line 3;
- Page 5, lines 6-7;
- Attachment to July 6, 2012 letter, Table of Disputed Terms, Rows 2-7, Column 2, all constructions except "Treatment" and "Effective amount of at least one pharmaceutically active agent in the form of microparticles adhered to the surfaces of carrier particles";

Exhibit B to the July 8, 2012 letter

- Page 2, Attachment 2, Row 3, Column 2, lines 1-5;
- Page 3, Attachment 2, Row 2, Column 2, lines 22-23;
- Page 6, Attachment 3, Row 3, Column 2, lines 5-22;
- Page 7, Attachment 3, Row 2, all of Column 2;
- Page 8, Attachment 3, Row 2, Column 2, lines 1-7, 9-15;
- Page 28, Attachment 3, Row 2, Column 2, line 27;
- Page 29, Attachment 3, Row 2, all of Column 2;
- Page 30, Attachment 3, Row 2, Column 2, lines 1-17;

2

Exhibit D1 to the July 8, 2012 letter

- Table, all constructions except "treatment" and "effective amount of at least one pharmaceutically active agent in the form of microparticles adhered to the surfaces of carrier particles"; and

Exhibit D2 to the July 8, 2012 letter

- Table, Row 3, Columns 2-5.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Mylan shall rely upon its accompanying Brief and the Declaration of Constantine Koutsoubas. Proposed Findings of Fact and Conclusions of Law and a proposed Order are also submitted for the Court's consideration.

Dated: July 16, 2012

Respectfully submitted,

**SAIBER LLC**
Attorneys for
Defendants/Counterclaim Plaintiffs
Mylan Pharmaceuticals Inc. and
Mylan Inc.

s/ Arnold B. Calmann
Arnold B. Calmann
(abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar
(kae@saiber.com)
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
973-622-3333
973-286-2465 (facsimile)

Douglass C. Hochstetler
(DHochstetler@KelleyDrye.com)
Constantine Koutsoubas
(CKoutsoubas@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
333 West Wacker Drive
26th Floor

3

Chicago, IL 60606
312-867-7070
312-867-7096 (facsimile)

Beth D. Jacob
(BJacob@KelleyDrye.com)
Clifford Katz
(CKatz@KelleyDrye.com)
Sung W. Kim
(SuKim@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
Suite 1700
New York, NY 10178
212-808-7800
212-808-7897 (facsimile)