UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB, <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN INC., <br><br> Defendants. | Civil Action No. 3:11-cv-3788-FLW-LHG <br><br> Hon. Freda L. Wolfson, U.S.D.J. <br> Hon. Lois H. Goodman, U.S.M.J. <br><br><br> *Document Filed Electronically* |

**THIS MATTER** having been brought before the Court upon the Motion of Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan"), pursuant to Local Civil Rule 5.3(c), to Seal portions of the July 6, 2012 letter and exhibits to the July 8, 2012 letter (ECF Nos. 64 and 65); and the Court having considered the papers submitted in support of and in opposition to the within Motion; and the Court having considered and adopted the Findings of Fact and Conclusions of Law submitted by Mylan in support of the within Motion; and the Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and support the sealing of the confidential information set forth below; and the Court having considered oral argument, if any; and for the reasons set forth in the record of the proceedings, and for other good cause having been shown;

**IT IS** on this _____ day of _____, 2012,

**ORDERED** that Mylan's Motion, pursuant to Local Civil Rule 5.3(c), to Seal portions of the July 6, 2012 letter and exhibits to the July 8, 2012 letter is hereby **GRANTED**; and it is further

1

**ORDERED** that the following portions of the July 6, 2012 letter and exhibits to the July 8, 2012 letter shall be sealed and maintained under seal by the Court:

<u>July 6, 2012 Letter</u>

- Page 4, last paragraph, line 3;

- Page 5, lines 6-7;

- Attachment to July 6, 2012 letter, Table of Disputed Terms, Rows 2-7, Column 2, all constructions except "Treatment" and "Effective amount of at least one pharmaceutically active agent in the form of microparticles adhered to the surfaces of carrier particles";

<u>Exhibit B to the July 8, 2012 letter</u>

- Page 2, Attachment 2, Row 3, Column 2, lines 1-5;

- Page 3, Attachment 2, Row 2, Column 2, lines 22-23;

- Page 6, Attachment 3, Row 3, Column 2, lines 5-22;

- Page 7, Attachment 3, Row 2, all of Column 2;

- Page 8, Attachment 3, Row 2, Column 2, lines 1-7, 9-15;

- Page 28, Attachment 3, Row 2, Column 2, line 27;

- Page 29, Attachment 3, Row 2, all of Column 2;

- Page 30, Attachment 3, Row 2, Column 2, lines 1-17;

<u>Exhibit D1 to the July 8, 2012 letter</u>

- Table, all constructions except "treatment" and "effective amount of at least one pharmaceutically active agent in the form of microparticles adhered to the surfaces of carrier particles"; and

<u>Exhibit D2 to the July 8, 2012 letter</u>

- Table, Row 3, Columns 2-5.

_____
**HONORABLE LOIS H. GOODMAN**
**UNITES STATES MAGISTRATE JUDGE**