## Exhibit D1

| | Mylan's Changed Claim Constructions | | |
|---|---|---|---|
| *No.* | *Claim Term* | *Mylan's Construction in its Local Patent Rule 4.2 Disclosures* | *Mylan's Alternative Construction* |
| 1. | "treatment" | Relieving a medical condition | Control [the acute disorder] |
| 2. | "essentially water-free" | | |
| 3. | "ordered mixture of microparticles of at least one pharmaceutically active agent adhered to the surfaces of carrier particles, said particles being substantially larger than said microparticles and being water soluble," | | |

| | *Mylan's Changed Claim Constructions* | | |
|---|---|---|---|
| *No.* | *Claim Term* | *Mylan's Construction in its Local Patent Rule 4.2 Disclosures* | *Mylan's Alternative Construction* |
| 4. | "Ordered 'mixture" | | |
| 5. | "microparticles of at least one pharmaceutically active agent." | | |
| 6. | "adhered to the surfaces" | | |
| 7. | "substantially larger" | | |

| *Mylan's Changed Claim Constructions* |
| --- | --- | --- | --- |
| *No.* | *Claim Term* | *Mylan's Construction in its Local Patent Rule 4.2 Disclosures* | *Mylan's Alternative Construction* |
| 8. | "bioadhesion and/or mucoadhesion promoting agent" | | |
| 9. | "effective amount of at least one pharmaceutically active agent in the form of microparticles adhered to the surfaces of carrier particles" | "An amount of active agent effective to treat the acute disorder that is on the surface of the carrier particles." | The amount of active agent sufficient for treatment of an acute disorder is in the form of microparticles adhered to the surfaces of carrier particles |

## Exhibit D2

| | *Mylan's Changed Claim Constructions of "Essentially Water Free"* | | | |
|---|---|---|---|---|
| Claim Term | Mylan's Preliminary and Responsive Claim Construction (May 25, 2012 and June 8, 2012) | Mylan's "Alternative" Claim Construction Proposed in the context of the Rule 4.2(d) meet-and-confer (June 13, 2012) | Mylan's Construction included in its Draft Joint Claim Construction Statement (June 19, 2012) | Mylan's revised Construction to be included in as-filed Joint Statement (June 26, 2012) |
| essentially water-free | | | | |