# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| OREXO AB, <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN INC., <br><br> Defendants. | Civil Action No. 3:11-cv-3788-FLW-LHG <br><br><br><br><br> *Document Filed Electronically* |

## REQUEST BY LOCAL COUNSEL FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.   An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered [see, Docket #59 – 6/20/2012]; and

2.   If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court [7/13/2012 - receipt no. TRE023740].


**SAIBER LLC**
Attorneys for Defendants/Counterclaim Plaintiffs
Mylan Pharmaceuticals Inc. and
Mylan Inc.


s/ Arnold B. Calmann
Arnold B. Calmann (abc@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:         Constantine Koutsoubas, Esq.

Address:     Kelley Drye & Warren LLP

                 330 West Wacker Drive, 26th Floor

                 Chicago, IL 60606-1227

E-Mail:      CKoutsoubas@KelleyDrye.com