

McCARTER
&ENGLISH
ATTORNEYS AT LAW

July 20, 2012

**VIA ECF**

Honorable Lois H. Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Re:   *Orexo AB v. Mylan Pharmaceuticals Inc., et al.*
      **Civil Action No. 11-3788 (FLW) (LHG)**

Dear Judge Goodman:

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

    Our firm, along with our co-counsel Milbank, Tweed, Hadley & McCloy, represents Plaintiff Orexo AB in the above-referenced matter.  We write on behalf of all parties to request a further extension of two weeks for all discovery deadlines, which has been agreed to by the Parties.  The requested extension includes today's deadline to complete discovery relating to claim construction, up to but not including the January 18, 2013 advice of counsel deadline.  The January 18, 2013 date and all dates thereafter will remain as scheduled in this Court's February 7, 2012 Pretrial Scheduling Order.

    The Parties enclose a proposed revised schedule as Exhibit A setting forth all affected dates for the Court's consideration.  If the Court finds this revised schedule acceptable, we ask that the Court "So Order" the revised dates as set forth in the attached schedule.

BOSTON

Respectfully,

HARTFORD

*s/John E. Flaherty*

NEW YORK

John E. Flaherty

cc:  All Counsel (via email)

NEWARK

So ordered on this 23rd day of July, 2012:

PHILADELPHIA

_____
Hon. Lois H. Goodman, U.S.M.J.

STAMFORD

WILMINGTON

ME1 13181131v.1

Hon. Lois H. Goodman
July 20, 2012
Page 2

### Exhibit A

|  | March 28, 2012 Order (Amending Feb. 7, 2012 Pretrial Scheduling Order (D.I. 49)) | Proposed Further Extensions to Pretrial Scheduling Order |
|---|---|---|
| Plaintiff's and Defendants' completion of discovery relating to claim construction | July 20, 2012 | August 3, 2012 |
| Plaintiff's and Defendants' filing and service of *Markman* briefs | August 6, 2012 | August 20, 2012 |
| Plaintiff's and Defendants' meet and confer to propose schedule for Claim Construction Hearing | August 17, 2012 | August 31, 2012 |
| Conclusion of any discovery from an expert witness who submitted a certification or declaration under L. Pat. R. 4.5(a) | September 5, 2012 | September 19, 2012 |
| Plaintiff's and Defendants' filing and service of responding *Markman* briefs | October 5, 2012 | October 19, 2012 |
| Plaintiff's and Defendants' deadline for producing and providing material related to party's reliance on advice of counsel as part of patent-related claim or defense | January 18, 2013 | January 18, 2013 |

ME1 13181131v.1