RECEIVED

JUL 3 0 ...

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB v. MYLAN PHARMACEUTICALS, INC., et al. | Civil 11-3788 |
| | Order of Reassignment |

It is on this 27th day of July, 2012

O R D E R E D that the entitled action is reassigned from

JUDGE FREDA L. WOLFSON TO JUDGE MICHAEL A. SHIPP.

        S/Jerome B. Simandle
    JEROME B. SIMANDLE, CHIEF JUDGE
    UNITED STATES DISTRICT COURT