Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
973-622-3333
973-286-2465 (facsimile)

Douglass C. Hochstetler (DHochstetler@KelleyDrye.com)
Constantine Koutsoubas (CKoutsoubas@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
333 West Wacker Drive
26th Floor
Chicago, IL 60606
312-867-7070
312-867-7096 (facsimile)

Beth D. Jacob (BJacob@KelleyDrye.com)
Clifford Katz (CKatz@KelleyDrye.com)
Sung W. Kim (SuKim@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
Suite 1700
New York, NY 10178
212-808-7800
212-808-7897 (facsimile)

Attorneys for Defendants/Counterclaim Plaintiffs
Mylan Pharmaceuticals Inc. and Mylan Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OREXO AB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>　　　　　Defendants. | Civil Action No. 3:11-cv-3788-MAS-LHG<br><br>Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>***Document Filed Electronically*** |

{00736515.DOC}

## DECLARATION OF CONSTANTINE KOUTSOUBAS IN SUPPORT OF MYLAN'S MOTION TO SEAL (ECF No. 66)

I, CONSTANTINE KOUTSOUBAS, do declare and state as follows:

1. I am a member of the State Bar of Illinois. I am admitted *pro hac vice* to practice before the Court in the present action. I am an attorney at Kelley Drye & Warren LLP, counsel to Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively "Defendants" or "Mylan").

2. I am submitting this Declaration based upon my personal knowledge, information, and belief.

3. I submit this declaration in further support of Mylan's Motion to Seal selected portions of the parties' Joint Claim Construction and Prehearing Statement and exhibits thereto ("Confidential Documents").

4. Attached hereto as Exhibit A is a revised proposed Order granting Mylan's Motion to Seal (ECF No. 66).

5. Attached hereto as Exhibit B is an updated proposed redacted version of the Joint Claim Construction and Prehearing Statement.

6. Attached hereto as Exhibit C is a chart which provides a line-by-line description of the nature of the information that Mylan seeks to seal.

I declare under penalty that the foregoing is true and correct. Executed this 30th day of July, 2012:

Constantine Koutsoubas