# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB,<br><br>        Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>        Defendants. | Civil Action No. 3:11-cv-3788-FLW-LHG<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br><br><br>*Document Filed Electronically* |

    **THIS MATTER** having been brought before the Court upon the Motion of Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan"), pursuant to Local Civil Rule 5.3(c), to Seal portions of the Joint Claim Construction and Prehearing Statement and exhibits thereto; and the Court having considered the papers submitted in support of and in opposition to the within Motion; and the Court having considered and adopted the Findings of Fact and Conclusions of Law submitted by Mylan in support of the within Motion; and the Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and support the sealing of the confidential information set forth below; and the Court having considered oral argument, if any; and for the reasons set forth in the record of the proceedings, and for other good cause having been shown;

    **IT IS** on this _____ day of _____, 2012,

    **ORDERED** that Mylan's Motion, pursuant to Local Civil Rule 5.3(c), to Seal portions of the Joint Claim Construction and Prehearing Statement and exhibits thereto is hereby **GRANTED**; and it is further

1

**ORDERED** that the following portions of the Joint Claim Construction and Prehearing Statement and exhibits thereto shall be sealed and maintained under seal by the Court:

Joint Claim Construction and Prehearing Statement

- Page 5, Table, Row 2, Columns 2-5;
- Page 9, Table, Row 3, Columns 2-3;
- Page 9, footnote 12, lines 3-6;
- Page 10, Table, Rows 5-10, Columns 2-3;
- Page 11, Table, Rows 12-14, Columns 2-3;
- Page 19, Attachment 2, Row 3, Column 2;
- Page 21, Attachment 2, Column 2, lines 2-4;
- Page 22, Attachment 2, Column 2, lines 27-38;
- Page 23, Attachment 2, all of Column 2;
- Page 24, Attachment 2, Column 1, lines 4-12;
- Page 25, Attachment 3, all of Column 2;
- Page 26, Attachment 3, all of Column 2;
- Page 44, Attachment 3, Column 2, lines 28-38;
- Page 45, Attachment 3, Column 2, lines 1-28;
- Page 54, Attachment 3, Column 2, lines 19-37;
- Page 55, Attachment 3, all of Column 2;
- Page 56, Attachment 3, Column 2, lines 1-27;
- Page 57, Attachment 3, Column 2, lines 12-35;
- Page 58, Attachment 3, Column 2, lines 1-26, 32-37;
- Page 59, Attachment 3, Column 2, lines 1-3;

<u>Exhibit B to the Joint Claim Construction and Prehearing Statement</u>

- Page 2, Attachment 2, Row 3, Column 2, lines 1-5;
- Page 3, Attachment 2, Row 2, Column 2, lines 22-23;
- Page 6, Attachment 3, Row 3, Column 2, lines 5-22;
- Page 7, Attachment 3, Row 2, all of Column 2;
- Page 8, Attachment 3, Row 2, Column 2, lines 1-7, 9-15;
- Page 28, Attachment 3, Row 2, Column 2, line 27;
- Page 29, Attachment 3, Row 2, all of Column 2;
- Page 30, Attachment 3, Row 2, Column 2, lines 1-17;

<u>Exhibit 1 to the Joint Claim Construction and Prehearing Statement</u>

- Page 2, Table of Disputed Terms, Rows 2-7, Column 2, all constructions except "Treatment" and "Effective amount of at least one pharmaceutically active agent in the form of microparticles adhered to the surfaces of carrier particles."

_____
**HONORABLE LOIS H. GOODMAN**
**UNITES STATES MAGISTRATE JUDGE**

3