# Exhibit C

## Joint Claim Construction and Prehearing Statement

| Portion to be Sealed | General Description |
|---|---|
| Page 5, Table, Row 2, Columns 2-5; | Mylan's construction of "essentially water-free" |
| Page 9, Table, Row 3, Columns 2-3; | Mylan's constructions of "essentially water-free" and "ordered mixture of microparticles of at least one pharmaceutically active agent adhered to the surfaces of carrier particles, said particles being substantially larger than said microparticles and being water soluble, and a bioadhesion and/or mucoadhesion promoting agent mainly adhered to the surfaces of the carrier particles" |
| Page 9, footnote 12, lines 3-6; | Mylan's construction of "essentially water free" |
| Page 10, Table, Rows 5-10, Columns 2-3; Page 11, Table, Rows 12-14, Columns 2-3; | Mylan's constructions of "essentially water-free" and "ordered mixture of microparticles of at least one pharmaceutically active agent adhered to the surfaces of carrier particles, said particles being substantially larger than said microparticles and being water soluble, and a bioadhesion and/or mucoadhesion promoting agent mainly adhered to the surfaces of the carrier particles" |
| Page 19, Attachment 2, Row 3, Column 2; | Mylan's constructions of "essentially water-free" |
| Page 21, Attachment 2, Column 2, lines 2-4; | Mylan's citation to Examples 1 and 2 of the '910 patent that includes an explanation specifically revealing Mylan's construction of "essentially water-free." |
| Page 22, Attachment 2, Column 2, lines 27-38; Page 23, Attachment 2, all of Column 2; | Mylan's disclosure of its expert testimony that specifically reveal Mylan's constructions. |
| Page 24, Attachment 2, Column 1, lines 4-12; | Orexo's disclosure of expert testimony that specifically reveals Mylan's constructions. |

| **Portion to be Sealed** | **General Description** |
|---|---|
| Page 25, Attachment 3, all of Column 2; | Mylan's construction of "ordered mixture of microparticles of at least one pharmaceutically active agent adhered to the surfaces of carrier particles, said particles being substantially larger than said microparticles and being water soluble, and a bioadhesion and/or mucoadhesion promoting agent mainly adhered to the surfaces of the carrier particles." |
| Page 26, Attachment 3, all of Column 2; | |
| Page 44, Attachment 3, Column 2, lines 28-38; | Mylan's disclosure of its expert testimony that specifically reveal Mylan's construction of Mylan's construction of "ordered mixture of microparticles of at least one pharmaceutically active agent adhered to the surfaces of carrier particles, said particles being substantially larger than said microparticles and being water soluble, and a bioadhesion and/or mucoadhesion promoting agent mainly adhered to the surfaces of the carrier particles.". |
| Page 45, Attachment 3, Column 2, lines 1-28; | |
| Page 54, Attachment 3, Column 2, lines 19-37; | |
| Page 55, Attachment 3, all of Column 2; | |
| Page 56, Attachment 3, Column 2, lines 1-27; | |
| Page 57, Attachment 3, Column 2, lines 12-35; | |
| Page 58, Attachment 3, Column 2, lines 1-26, 32-37; | |
| Page 59, Attachment 3, Column 2, lines 1-3 | |

**Exhibit B to the Joint Claim Construction and Prehearing Statement**

| Portion to be Sealed | General Description |
|---|---|
| Page 2, Attachment 2, Row 3, Column 2, lines 1-5; | Mylan's construction of "essentially water-free" |
| Page 3, Attachment 2, Row 2, Column 2, lines 22-23; | Mylan's citation to Examples 1 and 2 of the '910 patent that includes an explanation specifically revealing Mylan's construction of "essentially water-free." |
| Page 6, Attachment 3, Row 3, Column 2, lines 5-22; Page 7, Attachment 3, Row 2, all of Column 2; Page 8, Attachment 3, Row 2, Column 2, lines 1-7, 9-15; | Mylan's construction of "ordered mixture of microparticles of at least one pharmaceutically active agent adhered to the surfaces of carrier particles, said particles being substantially larger than said microparticles and being water soluble, and a bioadhesion and/or mucoadhesion promoting agent mainly adhered to the surfaces of the carrier particles." |
| Page 28, Attachment 3, Row 2, Column 2, line 27; Page 29, Attachment 3, Row 2, all of Column 2; | Mylan's disclosure of its expert testimony that specifically reveal Mylan's construction of Mylan's construction of "ordered mixture of microparticles of at least one pharmaceutically active agent adhered to the surfaces of carrier particles, said particles being substantially larger than said microparticles and being water soluble, and a bioadhesion and/or mucoadhesion promoting agent mainly adhered to the surfaces of the carrier particles.". |

3

4

**Exhibit 1 to the Joint Claim Construction and Prehearing Statement**

| **Portion to be Sealed** | **General Description** |
|---|---|
| Page 2, Table of Disputed Terms, Rows 2-7, Column 2, all constructions except "Treatment" and "Effective amount of at least one pharmaceutically active agent in the form of microparticles adhered to the surfaces of carrier particles." | Mylan's constructions of "essentially water-free" and "ordered mixture of microparticles of at least one pharmaceutically active agent adhered to the surfaces of carrier particles, said particles being substantially larger than said microparticles and being water soluble, and a bioadhesion and/or mucoadhesion promoting agent mainly adhered to the surfaces of the carrier particles" |

4