

**Saiber**
ATTORNEYS AT LAW

**Arnold B. Calmann**
Direct Dial: (973) 645-4828
Email: abc@saiber.com

August 8, 2012

**BY ECF AND FEDERAL EXPRESS**

Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building
    & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

So Ordered this 9th day of August, 2012

Re:   **Orexo AB v. Mylan Pharmaceuticals Inc., et al.**
       **Civil Action No. 11-3788 (MAS) (LHG)**

Dear Judge Goodman:

    We, along with Kelley Drye & Warren LLP, represent the Mylan defendants in the above matter. We write to Your Honor with respect to Mylan's two pending Motions to Seal (ECF Nos. 66 and 67), which for the reasons we shall explain, Mylan is voluntarily agreeing to withdraw at this time.

    As we are confident the Court is aware, a pharmaceutical company's proprietary formulation is highly confidential, sensitive, competitive commercial information that is carefully guarded by pharmaceutical companies, and protected from disclosure to competitors and the public. Under the unique circumstances of this case, the issues raised in connection with some of the claim construction disputes raised the threat that aspects of Mylan's formulation could be revealed if such information was made public. It was for that reason, and in a good faith effort to protect Mylan's proprietary interests, that Mylan filed its Motions to Seal.

    Since the filing of its Motions, Mylan has continued to seriously consider the ongoing dispute between the parties relating to Mylan's Motions, as balanced against other issues and ongoing matters in this case. As a result, Mylan concluded that it would voluntarily withdraw its two Motions at this time, thereby allowing the parties to move forward without further dispute on the pending sealing issues. By informing Your Honor of Mylan's decision at this time, we also hope to assist the Court and enhance judicial economy by eliminating any further effort by Your Honor that would be necessary to resolve these issues.

Honorable Lois H. Goodman, U.S.M.J.
August 8, 2012
Page 2

     We thank the Court for its understanding and consideration, and represent that an Order deeming Mylan's two sealing Motions as having been withdrawn is agreeable to Mylan.

Respectfully yours,

*Arnold B. Calmann*

cc: All counsel of record (by electronic mail)