```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
               Minutes of Proceeding
```

OFFICE:  **Trenton**
Magistrate Judge Lois H. Goodman        Date:8/20/12
Court Reporter/ESR: Digitally

TITLE OF CASE:                          CIVIL **11-3788 MAS/LHG**
Orexo AB

vs.

Mylan Pharmaceuticals, Inc., et al

APPEARANCES:
Elina Slavin, John E. Flaherty, Errol B. Taylor, Suni Sreetada and Ana Brook, Esqs for Plaintiff
Arnold B. Calmann, Douglass C. Hochstetler and Beth Jacob, Esqs for Defendant


NATURE OF PROCEEDINGS:.
**TELEPHONE CONFERENCE HELD**. Re: **certain discovery clarification**


**Telephone Conference set for 10/12/12 at 9:30 a.m.**

**Order to be submitted**.


TIME COMMENCED: 11:00 a.m.
TIME ADJOURNED: 11:20 a.m.
TOTAL TIME: 20 minutes

                              *Ivannya Jimenez*
                              Courtroom Deputy