## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB, </br></br> Plaintiff, </br></br> v. </br></br> MYLAN PHARMACEUTICALS INC. and MYLAN INC., </br></br> Defendants. | Civil Action No. 11-3788 (MAS)(LHG) |

### NOTICE OF WITHDRAWAL

TO:  THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that William J. McNamara withdraws as attorney of record for Plaintiff Orexo AB ("Plaintiff").  Attorneys from Milbank, Tweed, Hadley & McCloy LLP and McCarter & English, LLP will continue to represent Plaintiff in this case.

Dated: August 20, 2012

s/ John E. Flaherty
   John E. Flaherty
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
T (973) 622-4444
F (973) 624-7070

ME1 13998061v.1



## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2012, I caused a copy of the foregoing NOTICE OF WITHDRAWAL to be served upon all counsel of record by operation of the Court's electronic filing system.

  s/ John E. Flaherty  
    John E. Flaherty