UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB, | Civil Action No. 11-3788 (MAS)(LHG) |
| Plaintiff, | |
| v. | |
| MYLAN PHARMACEUTICALS, INC., et al. | |
| Defendants. | |

ORDER

This matter having come before the Court by the Parties' letters submitted on August 9, 2012, August 10, 2012, August 13, 2012 and August 17, 2012 (Dkt. Nos. 80-84) seeking clarification of this Court's August 1, 2012 Order, it is hereby ordered that:

(1) Mylan is not permitted to supplement its claim construction positions by identifying and relying on new evidence with regard to claim construction other than evidence from Orexo's New Drug Application ("NDA"), or other information obtained from Orexo after the claim construction submission, without otherwise satisfying the obligations of Local Patent Rule 3.7.

(2) The schedule shall be amended as follows:

| | |
|---|---|
| Defendants' identification of evidence from Orexo's NDA and other information obtained from Orexo after submission of the Joint Claim Construction and Prehearing Statement | August 24, 2012 |
| Plaintiff's supplemental identification of intrinsic and extrinsic evidence on which it intends to rely in opposing Mylan's proposed claim constructions | August 31, 2012 |
| Plaintiff's and Defendants' filing of the Revised Joint Claim Construction and Pre-hearing Statement | September 14, 2012 |
| Plaintiff's and Defendants' filing and service of opening *Markman* briefs | October 5, 2012 |
| Telephone Conference (Plaintiff to initiate) | October 12, 2012, 9:30 AM EST |
| Plaintiff and Defendants to propose schedule for Claim Construction Hearing | October 16, 2012 |

| | |
|---|---|
| Conclusion of any discovery from an expert witness who submitted a certification or declaration under L. Pat. R. 4.5(a) | November 6, 2012 |
| Plaintiff's and Defendants' filing and service of responding *Markman* briefs | December 7, 2012 |
| Plaintiff's and Defendants' deadline for producing and providing material related to party's reliance on advice of counsel as part of patent-related claim or defense | March 7, 2013 |
| Conclusion of fact discovery | March 14, 2013 |
| Plaintiff's and Defendants' service of affirmative expert reports | April 16, 2013 |
| Plaintiff's and Defendants' service of rebuttal expert reports | May 17, 2013 |
| Plaintiff's and Defendants' service of reply expert reports | June 12, 2013 |
| Conclusion of all expert discovery | July 12, 2013 |
| Plaintiff's and Defendants' deadline for filing dispositive motions | July 31, 2013 |

IT IS SO ORDERED.

August 29, 2012

Hon. Lois H. Goodman, U.S.M.J.