# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB, | Civil Action No. 11-3788 (MAS)(LHG) |
| Plaintiff, | |
| v. | |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC., | |
| Defendants. | |

## NOTICE OF APPEARANCE OF ANNA BROOK

TO:  THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Plaintiff Orexo AB. The undersigned hereby certifies that she is admitted to practice before this court.

Respectfully submitted,

**MILBANK, TWEED, HADLEY & McCLOY**

Dated: September 4, 2012     By: s/ Anna Brook_____
                                  Anna Brook

Errol B. Taylor
Fredrick M. Zullow
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York  10005-1413
(212) 530-5000
Attorneys for Plaintiff Orexo AB

**E-mail: abrook@milbank.com**

ME1 13999407v.1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2012, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record via email.

                        By:  s/ Anna Brook_____
                              Anna Brook