Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
973-622-3333
973-286-2465 (facsimile)

Douglass C. Hochstetler (DHochstetler@KelleyDrye.com)
Constantine Koutsoubas (CKoutsoubas@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
333 West Wacker Drive
26th Floor
Chicago, IL 60606
312-867-7070
312-867-7096 (facsimile)

Beth D. Jacob (BJacob@KelleyDrye.com)
Clifford Katz (CKatz@KelleyDrye.com)
Sung W. Kim (SuKim@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
Suite 1700
New York, NY 10178
212-808-7800
212-808-7897 (facsimile)

Attorneys for Defendants/Counterclaim Plaintiffs
Mylan Pharmaceuticals Inc. and Mylan Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| OREXO AB, | : | Honorable Freda L. Wolfson, U.S.D.J. |
| Plaintiff, | : | Honorable Lois H. Goodman, U.S.M.J. |
| v. | : | Civil Action No. 3:11-cv-03788 (FLW)(LHG) |
| MYLAN PHARMACEUTICALS INC. and, MYLAN INC, | : | |
| Defendants. | : | |

2

**ARNOLD B. CALMANN**, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2. I hereby certify that I caused a copy of (1) Defendants/Counterclaim Plaintiffs Mylan Pharmaceuticals Inc. and Mylan Inc.'s (collectively "Mylan") Opening Claim Construction Brief; (2) Declaration of Constantine Koutsoubas (with exhibits 1 – 3); (3) Expert Declaration of Edmund J. Elder, Jr., Ph.D., R.Ph.; and (4) this Certificate of Service, to be served upon counsel of record by CM/ECF and electronic mail, this **5th** day of **October, 2012**.

Dated:  October 5, 2012                         s/ Arnold B. Calmann                    
                                                Arnold B. Calmann