# EXHIBITS

# A, 1-5, 10-16, 27-29

# TO THE PEPPAS DECLARATION