John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
MILBANK, TWEED, HADLEY &
   & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

*Attorneys for Plaintiff Orexo AB*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OREXO AB, | : | Honorable Freda L. Wolfson, U.S.D.J. |
| Plaintiff, | : | Honorable Lois H. Goodman, U.S.M.J. |
| v. | : | Civil Action No. 3:11-cv-03788 (FLW)(LHG) |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC., | : | **Contains Orexo Confidential Information** |
| Defendants. | : | **FILED UNDER SEAL** |

### DECLARATION OF ANNA BROOK IN SUPPORT OF
### OREXO AB'S OPENING *MARKMAN* SUBMISSION

Anna Brook declares as follows:

1. I am associated with the law firm of Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005-1413, counsel for Orexo AB in connection with the present action. I submit this declaration in support of Orexo's Opening Markman Submission.

2. Attached as Exhibit 30 hereto is a true and correct copy of an excerpt of Collins English Dictionary (3d ed. 1994), Bates stamped ORM_00001299, ORM_00001300, ORM_00001302 and ORM_00001305.

3. Attached as Exhibit 31 hereto is a true and correct copy of an excerpt of Webster's New World College Dictionary (3d ed. 1997), Bates stamped ORM_00001312-1315.

4. Attached as Exhibit 32 hereto is a true and correct copy of "Patent information submitted with the filing of an NDA, amendment, or supplement," Bates stamped ORM_00001729-1731.

5. Attached as Exhibit 33 hereto is a true and correct copy of the prosecution history of U.S. Patent No. 6,761,910, Bates stamped ORM_00000009-249.

Dated: October 5, 2012

By: /s/ Anna Brook

Anna Brook