# EXHIBIT 30

# COLLINS

# ENGLISH DICTIONARY



HarperCollins*Publishers*

ORM_00001299

## HarperCollins Publishers
### PO Box, Glasgow G4 0NB

First Edition 1979
Second Edition 1986
Third Edition 1991
**Third Edition Updated 1994**

© HarperCollins Publishers 1979, 1986, 1991, 1994

Standard Edition                    ISBN 0 00 470678-1
Thumb-indexed Edition        ISBN 0 00 470677-3
Luxury Edition                       ISBN 0 00 470676-5

This edition prepared in conjunction with Market House Books Ltd., Aylesbury, England
Typeset by Barbers Ltd., Wrotham, England
Printed in Great Britain by HarperCollins Manufacturing

British Library Cataloguing in Publication Data
Collins English dictionary. — 3rd ed.
1. English language. Dictionaries
423.20

All rights reserved. No part of this publication may be reproduced, stored in a retrieval
system or transmitted, in any form or by any means, electronic, mechanical, photo-
copying, recording or otherwise, without the prior permission of the publisher. This
book is sold subject to the conditions that it shall not, by way of trade or otherwise, be
lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in
any form of binding or cover other than that in which it is published and without a
similar condition including this condition being imposed on the subsequent purchaser.

Entered words that we have reason to believe constitute trademarks have been desig-
nated as such. However, neither the presence nor absence of such designation should
be regarded as affecting the legal status of any trademark.

ORM_00001300

discovered. **2.** the act of noticing. **3.** the act of spying upon; secret observation.

**espionage** (ˈɛspɪəˌnɑːʒ, ˌɛspɪəˈnɑːʒ, ˈɛspɪənɪdʒ) *n.* **1.** the systematic use of spies to obtain secret information, esp. by governments to discover military or political secrets. **2.** the act or practice of spying. [C18: from French *espionnage*, from *espionner* to spy, from *espion* spy, from Old Italian *spione*, of Germanic origin; compare German *spähen* to SPY]

**Espírito Santo** (Portuguese iʃˈpiritu ˈsɔntu) *n.* a state of E Brazil, on the Atlantic: swampy coastal plain with mountains in the west; heavily forested. Capital: Vitória. Pop.: 2 019 877 (1980). Area: 45 597 sq. km (17 601 sq. miles).

**Espiritu Santo** (ɛsˈpiritu ˈsæntou) *n.* an island in the SW Pacific: the largest and westernmost of the Vanuatu islands. Pop.: 2 382 000 (1987 est.). Area: 4856 sq. km (1875 sq. miles).

**esplanade** (ˌɛspləˈneɪd, -ˈnɑːd) *n.* **1.** a long open level stretch of ground for walking along, esp. beside the seashore. Compare **promenade** (sense 1). **2.** an open area in front of a fortified place, in which attackers are exposed to the defenders' fire. [C17: from French, from Old Italian *spianata*, from *spianare* to make level, from Latin *explānāre*; see EXPLAIN]

**Espoo** (Finnish ˈɛspo) *n.* a city in S Finland. Pop.: 164 569 (1987).

**espousal** (ɪˈspaʊzˀl) *n.* **1.** adoption or support: *an espousal of new beliefs.* **2.** (*sometimes pl.*) *Archaic.* a marriage or betrothal ceremony.

**espouse** (ɪˈspaʊz) *vb.* (*tr.*) **1.** to adopt or give support to (a cause, ideal, etc.): *to espouse socialism.* **2.** *Archaic.* (esp. of a man) to take as spouse; marry. [C15: from Old French *espouser*, from Latin *spōnsāre* to affiance, espouse] —**esˈpouser** *n.*

**espressivo** (ˌɛsprɛˈsiːvou) *adj., adv. Music.* (to be performed) in an expressive manner. [Italian]

**espresso** (ɛˈspresou) *n., pl.* **-sos.** **1.** strong coffee made by forcing steam or boiling water through ground coffee beans. **2.** an apparatus for making coffee in this way. [C20: Italian, short for *caffè espresso*, literally: pressed coffee]

**esprit** (ɛˈspriː) *n.* spirit and liveliness, esp. in wit. [C16: from French, from Latin *spiritus* a breathing, SPIRIT]

**esprit de corps** (ɛˈspriː də ˈkɔː; *French* ɛspri də kɔr) *n.* consciousness of and pride in belonging to a particular group; the sense of shared purpose and fellowship.

**espy** (ɪˈspaɪ) *vb.* **-pies, -pying, -pied.** (*tr.*) to catch sight of or perceive (something distant or previously unnoticed); detect: *to espy a ship on the horizon.* [C14: from Old French *espier* to SPY, of Germanic origin] —**esˈpier** *n.*

**Esq.** *abbrev. for* esquire: used esp. in correspondence.

**-esque** *suffix forming adjectives.* indicating a specified character, manner, style, or resemblance: *picturesque; Romanesque; statuesque; Chaplinesque.* [via French from Italian *-esco*, of Germanic origin; compare -ISH]

**Esquiline** (ˈɛskwɪˌlaɪn) *n.* one of the seven hills on which ancient Rome was built.

**esquire** (ɪˈskwaɪə) *n.* **1.** *Chiefly Brit.* a title of respect, usually abbreviated *Esq.,* placed after a man's name. **2.** (in medieval times) the attendant and shield bearer of a knight, subsequently often knighted himself. **3.** *Rare.* a male escort. —*vb.* **4.** (*tr.*) *Rare.* to escort (a woman). [C15: from Old French *escuier*, from Late Latin *scūtārius* shield bearer, from Latin *scūtum* shield]

**ESR** *abbrev.* for electron spin resonance.

**ESRO** (ˈɛzrou) *n.* acronym for European Space Research Organization.

**-ess** *suffix forming nouns.* indicating a female: *waitress; lioness.* [via Old French from Late Latin *-issa*, from Greek]
▷ **Usage.** The suffix *-ess* in such words as *poetess, authoress* is now often regarded as disparaging; a sexually neutral term *poet, author* is preferred.

**Essaouira** (ˌɛsɑːˈwɪərə) *n.* a port in SW Morocco on the Atlantic. Pop.: 30 061 (1971). Former name (until 1956): *Mogador.*

**essay** *n.* (ˈɛseɪ; *senses 2,3 also* ɛˈseɪ). **1.** a short literary composition dealing with a subject analytically or speculatively. **2.** an attempt or endeavour; effort. **3.** a test or trial. —*vb.* (ɛˈseɪ). (*tr.*) **4.** to attempt or endeavour; try. **5.** to test or try out. [C15: from Old French *essaier* to attempt, from *essai* an attempt, from Late Latin *exagium* a weighing, from Latin *agere* to do, compel, influenced by *exigere* to investigate]

**essayist** (ˈɛseɪɪst) *n.* a person who writes essays.

**esse** (ˈɛsɪ) *n. Philosophy.* **1.** existence. **2.** essential nature; essence. [C17: from Latin: to be]

**Essen** (German ˈɛsn) *n.* a city in W Germany, in North Rhine-Westphalia; formerly in West Germany: the leading administrative centre of the Ruhr; university. Pop.: 615 400 (1987).

**essence** (ˈɛsˀns) *n.* **1.** the characteristic or intrinsic feature of a thing, which determines its identity; fundamental nature. **2.** the most distinctive element of a thing: *the essence of a problem.* **3.** a perfect or complete form of something, esp. a person who typifies an abstract quality: *he was the essence of gentility.* **4.** *Philosophy.* **a.** the unchanging and unchangeable nature of something which is necessary to its being the thing it is; its necessary properties. Compare **accident** (sense 4). **b.** the properties in virtue of which something is called by its name. **c.** the nature of something as distinct from, and logically prior to, its existence. **5.** *Theol.* an immaterial or spiritual entity. **6. a.** the constituent of a plant, usually an oil, alkaloid, or glycoside, that determines its chemical or pharmacological properties. **b.** an alcoholic solution of such a substance. **7.** a substance, usually a liquid, containing the properties of a plant or foodstuff in concentrated form: *vanilla essence.* **8.** a rare word for **perfume.** **9. in essence.** essentially; fundamentally. **10. of the essence.** indispensable; vitally important. [C14: from Medi-

eval Latin *essentia*, from Latin: the being (of something), from *esse* to be]

**Essene** (ˈɛsiːn, ɛˈsiːn) *n. Judaism.* a member of an ascetic sect that flourished in Palestine from the second century B.C. to the second century A.D., living in strictly organized communities. —**Essenian** (ɛˈsiːnɪən) *or* **Essenic** (ɛˈsiːnɪk) *adj.*

**essential** (ɪˈsɛnʃəl) *adj.* **1.** vitally important; absolutely necessary. **2.** basic; fundamental: *the essential feature.* **3.** completely realized; absolute; perfect: *essential beauty.* **4.** *Biochem.* (of an amino acid or a fatty acid) necessary for the normal growth of an organism but not synthesized by the organism and therefore required in the diet. **5.** derived from or relating to an extract of a plant, drug, etc.: *an essential oil.* **6.** *Logic.* (of a property) guaranteed by the identity of the subject; necessary. Thus, if having the atomic number 79 is an essential property of gold, nothing can be gold unless it has that atomic number. **7.** *Music.* denoting or relating to a note that belongs to the fundamental harmony of a chord or piece. **8.** *Pathol.* (of a disease) having no obvious external cause: *essential hypertension.* **9.** *Geology.* (of a mineral constituent of a rock) necessary for defining the classification of a rock. Its absence alters the rock's name and classification. —*n.* **10.** something fundamental or indispensable: *a sharp eye is an essential for a printer.* **11.** *Music.* an essential note. —**essentiality** (ɪˌsɛnʃɪˈælɪtɪ) *or* **esˈsentialness** *n.* —**esˈsentially** *adv.*

**essential element** *n. Biochem.* any chemical element required by an organism for healthy growth. It may be required in large amounts (see **macronutrient**) or in very small amounts (see **trace element**).

**essentialism** (ɪˈsɛnʃəˌlɪzəm) *n.* **1.** *Philosophy.* one of a number of related doctrines which hold that there are necessary properties of things, that these are logically prior to the existence of the individuals which instantiate them, and that their classification depends upon their satisfaction of sets of necessary conditions. **2.** the doctrine that education should concentrate on teaching basic skills and encouraging intellectual self-discipline. —**esˈsentialist** *n.*

**essential oil** *n.* any of various volatile organic oils present in plants, usually containing terpenes and esters and having the odour or flavour of the plant from which they are extracted: used in flavouring and perfumery. Compare **fixed oil.** See also **oleoresin.**

**Essequibo** (ˌɛsɪˈkwiːbou) *n.* a river in Guyana, rising near the Brazilian border and flowing north to the Atlantic: drains over half of Guyana. Length: 1014 km (630 miles).

**Essex**[1] (ˈɛsɪks) *n.* **1.** a county of SE England, on the North Sea and the Thames estuary. Administrative centre: Chelmsford. Pop.: 1 521 800 (1987 est.). Area: 3672 sq. km (1417 sq. miles). **2.** an Anglo-Saxon kingdom that in the early 7th century A.D. comprised the modern county of Essex and much of Hertfordshire and Surrey. By the late 8th century, Essex had become a dependency of the kingdom of Mercia.

**Essex**[2] (ˈɛsɪks) *n.* **2nd Earl of,** title of *Robert Devereux.* ?1566–1601, English soldier and favourite of Queen Elizabeth I; executed for treason.

**Esslingen** (ˈɛsˌlɪŋən) *n.* a town in SW Germany, on the River Neckar; formerly in West Germany: Gothic church, medieval buildings; wines, light industry. Pop.: 87 300 (1984 est.).

**essonite** (ˈɛsəˌnaɪt) *n.* a variant spelling of **hessonite.**

**Essonne** (French ɛsɔn) *n.* a department of N France, south of Paris in Île-de-France region: formed in 1964. Capital: Évry. Pop.: 988 000 (1982). Area: 1811 sq. km (706 sq. miles).

**est** (ɛst) *n.* a treatment intended to help people towards psychological growth, in which they spend many hours in large groups, deprived of food and water and hectored by stewards. [Erhard Seminars Training, after Werner Erhard, American businessman, who devised the system]

**EST** *abbrev.* for: **1.** (in the U.S. and Canada) Eastern Standard Time. **2.** electric-shock treatment.

**est.** *abbrev. for:* **1.** *also:* **estab.** established. **2.** *Law.* estate. **3.** estimate(d). **4.** estuary.

**-est**[1] *suffix.* forming the superlative degree of adjectives and adverbs: *shortest; fastest.* [Old English *-est, -ost*]

**-est**[2] *or* **-st** *suffix.* forming the archaic second person singular present and past indicative tense of verbs: *thou goest; thou hadst.* [Old English *-est, -ast*]

**establish** (ɪˈstæblɪʃ) *vb.* (*usually tr.*) **1.** to make secure or permanent in a certain place, condition, job, etc.: *to establish one's usefulness; to establish a house.* **2.** to create or set up (an organization, etc.) on or as if on a permanent basis: *to establish a company.* **3.** to prove correct or free from doubt; validate: *to establish a fact.* **4.** to cause (a principle, theory, etc.) to be widely or permanently accepted: *to establish a precedent.* **5.** to give (a Church) the status of a national institution. **6.** (of a person) to become recognized and accepted: *he established himself as a reliable GP.* **7.** (in works of imagination) to cause (a character, place, etc.) to be credible and recognized: *the first scene established the period.* **8.** Cards. to make winners of (the remaining cards of a suit) by forcing out opponents' top cards. **9.** (*also intr.*) to cause (a plant) to grow or (of a plant) to grow in a new place, in the birch scrub has established over the past 25 years. [C14: from Old French *establir*, from Latin *stabilire* to make firm, from *stabilis* STABLE[2]] —**esˈtablisher** *n.*

**Established Church** *n.* a Church that is officially recognized as a national institution, esp. the Church of England.

**establishment** (ɪˈstæblɪʃmənt) *n.* **1.** the act of establishing or state of being established. **2. a.** a business organization or other large institution. **b.** the place where a business is carried on. **3.** the staff and equipment of a commercial or other organization. **4.** the approved size, composition, and equipment of a military unit, government department, business division, etc., as formally promulgated. **5.** any large organization, institution, or system. **6.** a household or place of residence. **7.** a body of employees or servants. **8.**

betrayal.  2. the disposition to betray.  [C13: from Old French *trecherie*, from *trechier* to cheat; compare TRICK]

**treacle** ('tri:k'l) *n.*  1. Also called: **black treacle.** *Brit.* a dark viscous syrup obtained during the refining of sugar.  2. *Brit.* another name for **golden syrup.**  3. anything sweet and cloying.  4. *Obsolete.* any of various preparations used as an antidote to poisoning.  [C14: from Old French *triacle*, from Latin *thēriaca* antidote to poison] — **'treacly** *adj.* — **'treacliness** *n.*

**treacle mustard**  *n.* a N temperate cruciferous annual plant, *Erysimum cheiranthoides*, having small yellow flowers.  It is a common weed in cultivated ground.  [C16: so called because of its alleged medicinal properties. See TREACLE]

**tread** (trɛd) *vb.* **treads, treading, trod, trodden** or **trod.**  1. to walk or trample in, on, over, or across (something).  2. (when *intr.*, foll. by *on*) to crush or squash by or as if by treading: to *tread grapes*; to *tread on a spider*.  3. (*intr.;* sometimes foll. by *on*) to subdue or repress, as by doing injury (to): to *tread on one's inferiors*.  4. (*tr.*) to do by walking or dancing: to *tread a measure*.  5. (*tr.*) (of a male bird) to copulate with (a female bird).  6. **tread lightly.** to proceed with delicacy or tact.  7. **tread on (someone's)** toes. to offend or insult (someone), esp. by infringing on his sphere of action, etc.  8. **tread water.** to stay afloat in an upright position by moving the legs in a walking motion.  ~*n.*  9. a manner or style of walking, dancing, etc.: *a light tread.*  10. the act of treading.  11. the top surface of a step in a staircase.  12. the outer part of a tyre or wheel that makes contact with the road, esp. the grooved surface of a pneumatic tyre.  13. the part of a rail that wheels touch.  14. the part of a shoe that is generally in contact with the ground.  15. a rare word for **footprint.**  [Old English *tredan;* related to Old Norse *trotha,* Old High German *tretan,* Swedish *trāda*] — **'treader** *n.*

**treadle** ('trɛd'l) *n.*  1. **a.** a rocking lever operated by the foot to drive a machine.  **b.** (*as modifier*): *a treadle sewing machine.*  ~*vb.*  2. to work (a machine) with a treadle.  [Old English *tredel,* from *trǣde* something firm, from *tredan* to TREAD] — **'treadler** *n.*

**treadmill** ('trɛd,mɪl) *n.*  1. Also called: **treadwheel.** (formerly) an apparatus used to produce rotation, in which the weight of men or animals climbing steps on or around the periphery of a cylinder or wheel caused it to turn.  2. a dreary round or routine.  3. an exercise machine that consists of a continuous moving belt on which to walk or jog.

**treas.**  *abbrev. for:*  1. treasurer.  2. treasury.

**treason** ('tri:z'n) *n.*  1. violation or betrayal of the allegiance that a person owes his sovereign or his country, esp. by attempting to overthrow the government; high treason.  2. any treachery or betrayal.  [C13: from Old French *traison,* from Latin *trāditiō* a handing over; see TRADITION, TRADITOR] — **'treasonable** or **'treasonous** *adj.* — **'treasonably** *adv.* — **'treasonably** *adv.*

**treasure** ('trɛʒə) *n.*  1. wealth and riches, usually hoarded, esp. in the form of money, precious metals, or gems.  2. a thing or person that is highly prized or valued.  ~*vb.* (*tr.*)  3. to prize highly as valuable, rare, or costly.  4. to store up and save; hoard.  [C12: from Old French *tresor,* from Latin *thēsaurus* anything hoarded, from Greek *thēsauros*] — **'treasurable** *adj.* — **'treasureless** *adj.*

**treasure flower**  *n.* another name for **gazania.**

**treasure hunt**  *n.* a game in which players act upon successive clues and are eventually directed to a prize.

**treasurer** ('trɛʒərə) *n.* a person appointed to look after the funds of a society, company, city, or other governing body. — **'treasurership** *n.*

**Treasurer** ('trɛʒərə) *n.* (in the Commonwealth of Australia and each of the Australian states) the minister of finance.

**treasure-trove**  *n.*  1. *Law.* any articles, such as coins, bullion, etc., found hidden in the earth or elsewhere and of unknown ownership.  Such articles become the property of the Crown.  2. anything similarly discovered that is of value.  [C16: from Anglo-French *tresor trové* treasure found, from Old French *tresor* TREASURE + *trover* to find]

**treasury** ('trɛʒərɪ) *n., pl.* **-uries.**  1. a storage place for treasure.  2. the revenues or funds of a government, private organization, or individual.  3. a place where funds are kept and disbursed.  4. Also: **treasure house.** a collection or source of valuable items: *a treasury of information.*  [C13: from Old French *tresorie,* from *tresor* TREASURE]

**Treasury** ('trɛʒərɪ) *n.* (in various countries) the government department in charge of finance.  In Britain the Treasury is also responsible for economic strategy.

**Treasury Bench**  *n.* (in Britain) the front bench to the right of the Speaker in the House of Commons, traditionally reserved for members of the Government.

**Treasury bill**  *n.* a short-term noninterest-bearing obligation issued by the Treasury, payable to bearer and maturing usually in three months, within which it is tradable on a discount basis on the open market.

**treasury bond**  *n.* a long-term interest-bearing bond issued by the U.S. Treasury.

**treasury certificate**  *n.* a short-term obligation issued by the U.S. Treasury, maturing in 12 months with interest payable by coupon redemption.

**treasury note**  *n.* a note issued by a government treasury and generally receivable as legal tender for any debt, esp., in the U.S., a medium-term interest-bearing obligation issued by the U.S. Treasury, maturing in from one to five years.  **b.** Also called: **currency note.** a note issued by the British Treasury in 1914 to the value of £1 or ten shillings: amalgamated with banknotes in 1928.

**treasury tag**  *n.* a short piece of cord having metal ends one of which can be slotted inside the other: used for holding papers together or fastening them into a file.

**treat** (tri:t) *n.*  1. a celebration, entertainment, gift, or feast given for or to someone and paid for by another.  2. any delightful surprise or specially pleasant occasion.  3. the act of treating.  ~*vb.*  4. (*tr.*) to

deal with or regard in a certain manner: *she treats school as a joke.*  5. (*tr.*) to apply treatment to: *to treat a patient for malaria.*  6. (*tr.*) to subject to a process or to the application of a substance: *to treat photographic film with developer.*  7. (often foll. by *to*) to provide (someone) (with) as a treat: *he treated the children to a trip to the zoo.*  8. (*intr.;* usually foll. by *of*) Formal. to deal with), as in writing or speaking.  9. (*intr.*) Formal. to discuss settlement; negotiate.  [C13: from Old French *tretier,* from Latin *tractāre* to manage, from *trahere* to drag] — **'treatable** *adj.* — **'treater** *n.*

**treatise** ('tri:tɪz) *n.*  1. a formal work on a subject, esp. one that deals systematically with its principles and conclusions.  2. an obsolete word for narrative.  [C14: from Anglo-French *tretiz,* from Old French *tretier* to TREAT]

**treatment** ('tri:tmənt) *n.*  1. the application of medicines, surgery, psychotherapy, etc., to a patient or to a disease or symptom.  2. the manner of handling or dealing with a person or thing, as in a literary or artistic work.  3. the act, practice, or manner of treating.  4. *Films.* an expansion of a script into sequence form, indicating camera angles, dialogue, etc.  5. **the treatment.** *Slang.* the usual manner of dealing with a particular type of person (esp. in the phrase *give someone the (full) treatment*).

**treaty** ('tri:tɪ) *n., pl.* **-ties.**  1. a formal agreement or contract between two or more states, such as an alliance or trade arrangement.  **b.** the document in which such a contract is written.  2. any international agreement.  3. any pact or agreement.  4. an agreement between two parties concerning the purchase of property at a price privately agreed between them.  5. *Archaic.* negotiation towards an agreement.  6. (in Canada) **a.** any of the formal agreements between Indian bands and the federal government by which the Indians surrender their land rights in return for various forms of aid.  **b.** (*as modifier*): *treaty Indians; treaty money.*  7. an obsolete word for entreaty.  [C14: from Old French *traité,* from Medieval Latin *tractātus* treaty, from Latin: discussion, from *tractāre* to manage; see TREAT] — **'treatyless** *adj.*

**treaty port**  *n.* (in China, Japan, and Korea during the last half of the 19th and first half of the 20th century) a city, esp. a port, in which foreigners, esp. Westerners, were allowed by treaty to conduct trade.

**Trebizond** ('trɛbɪ,zɒnd) *n.* a variant of Trabzon.

**treble** ('trɛb'l) *adj.*  1. threefold; triple.  2. of, relating to, or denoting a soprano voice or part or a high-pitched instrument.  ~*n.*  3. treble the amount, size, etc.  4. a soprano voice or part or a high-pitched instrument.  5. the highest register of a musical instrument.  6. **a.** the high-frequency response of an audio amplifier, esp. in a record player or tape recorder.  **b.** a control knob on such an instrument by means of which the high-frequency gain can be increased or decreased.  7. *Change-ringing.* the lightest and highest bell in a ring.  8. **a.** the narrow inner ring on a dartboard.  **b.** a hit on this ring.  ~*vb.*  9. to make or become three times as much.  [C14: from Old French, from Latin *triplus* threefold, TRIPLE] — **'trebleness** *n.* — **'trebly** *adv., adj.*

**treble chance**  *n.* a method of betting in football pools in which the chances of winning are related to the number of draws and the number of home and away wins forecast by the competitor.

**treble clef**  *n. Music.* the clef that establishes a fifth above middle C as being on the second line of the staff.  Symbol: 𝄞

**Treblinka** (trɛ'blɪŋkə) *n.* a Nazi concentration camp in central Poland, on the Bug River northeast of Warsaw: chiefly remembered as the place where the Jews of the Warsaw ghetto were put to death.

**trebuchet** ('trɛbju,ʃɛt) or **trebucket** ('tri:bʌkɪt) *n.* a large medieval siege engine for hurling missiles consisting of a sling on a pivoted wooden arm set in motion by the fall of a weight.  [C13: from Old French, from *trebuchier* to stumble, from *tre-* TRANS- + *-buchier,* from *buc* trunk of the body, of Germanic origin; compare Old High German *būh* belly, Old English *būc*]

**trecento** (trer'tʃɛntəʊ) *n.* the 14th century, esp. with reference to Italian art and literature.  [C19: shortened from Italian *mille trecento* one thousand three hundred] — **tre'centist** *n.*

**tree** (tri:) *n.*  1. any large woody perennial plant with a distinct trunk giving rise to branches or leaves at some distance from the ground.  Related adj.: **arboreal.**  2. any plant that resembles this but has a trunk not made of wood, such as a palm tree.  3. a wooden post, bar, etc.  4. See **family tree, shoetree, saddletree.**  5. *Chem.* a treelike crystal growth; dendrite.  6. **a.** a branching diagrammatic representation of something, such as the grammatical structure of a sentence.  **b.** (*as modifier*): *a tree diagram.*  7. an archaic word for **gallows.**  8. *Archaic.* the cross on which Christ was crucified.  9. **at the top of the tree.** in the highest position of a profession, etc.  10. **up a tree.** *U.S. and Canadian informal.* in a difficult situation; trapped or stumped.  ~*vb.* **trees, treeing, treed.** (*tr.*)  11. to drive or force up a tree.  12. *U.S. and Canadian informal.* to force into a difficult situation.  13. to shape or stretch (a shoe) on a shoetree.  [Old English *treo;* related to Old Frisian, Old Norse *trē,* Old Saxon *trio,* Gothic *triu,* Greek *doru* wood, *drus* tree] — **'treeless** *adj.* — **'treelessness** *n.* — **'tree,like** *adj.*

**Tree** (tri:) *n.* Sir Herbert Beerbohm.  1853–1917, English actor and theatre manager; half-brother of Sir Max Beerbohm.  He was noted for his lavish productions of Shakespeare.

**tree-and-branch** *adj.* denoting a cable television system in which all available programme channels are fed to each subscriber.  Compare **switched-star.**

**tree creeper** *n.* any small songbird of the family *Certhiidae* of the N hemisphere, having a brown-and-white plumage and slender downward-curving bill.  They creep up trees to feed on insects.

**tree farm** *n.* an area of forest in which the growth of the trees is managed on a commercial basis.

**tree fern** *n.* any of numerous large tropical ferns, mainly of the family *Cyatheaceae,* having a trunklike stem bearing fronds at the top.

# EXHIBIT 31

# Webster's New World™ College Dictionary

## THIRD EDITION

**Victoria Neufeldt**

Editor in Chief

**David B. Guralnik**

Editor in Chief Emeritus

**MACMILLAN**
**USA**

ORM_00001312

Case 3:11-cv-03788-FLW-LHG   Document 98-1   Filed 10/05/12   Page 8 of 10 PageID: 1902

*Dedicated*
*to David B. Guralnik*
*lexicographical mentor and friend*

Webster's New World™ College Dictionary, Third Edition
Copyright © 1997, 1996, 1994, 1991, 1988 by Simon & Schuster, Inc.

This edition is a major revision of *Webster's New World Dictionary*®,
Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979,
1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a
registered trademark of Simon & Schuster, Inc.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Victoria Neufeldt, editor in
    chief, David B. Guralnik, editor in chief emeritus. — 3rd ed.
        p.      cm.
    ISBN 0-02-861673-1 (thumb-indexed). — ISBN 0-02-861675-8 (plain).
— ISBN 0-02-861674-X (leatherkraft)
    1. English language — Dictionaries.        I. Neufeldt, Victoria.
II. Guralnik, David Bernard, 1920–
PE1628.W5629   1997
423—dc21                                               96-44362
                                                          CIP

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
Manufactured in the United States of America
1 2 3 4 5 6 7 8 9 10       97 98 99 00 01 02

ORM_00001313

Case 3:11-cv-03788-FLW-LHG   Document 98-1   Filed 10/05/12   Page 9 of 10 PageID: 1903

**Ad·e·line** (ad'l in', -en') a feminine name: var. *Adelina, Aline*: see ADELAIDE

**a·demp·tion** (a demp'shan) *n.* [< L *ademptio*, a taking away < *adimere*, take away < *ad-*, to + *emere*, take, buy: see REDEEM ] *Law* the extinction of a legacy by, or inferred from, an act of the testator before death, as by the disposal of the bequeathed property

**Aden** (äd''n, äd''n) 1. former British colony & protectorate in SW Arabia, on the Gulf of Aden: now part of the Republic of Yemen 2. seaport in this region: capital of the former People's Democratic Republic of Yemen: pop. 264,000 3. **Gulf of** gulf of the Arabian Sea, between the S coast of Arabia and Somalia in E Africa

**aden-** (ad''n) *combining form* ADENO-: used before a vowel [*adenitis*]

**Ade·nau·er** (ad''n our; *Ger* ä'dän ou'ər), **Kon·rad** (kän'räd'; *Ger* kôn'rät') 1876-1967; Ger. statesman: chancellor of the Federal Republic of Germany (1949-63)

**ad·e·nine** (ad'a nēn', -nin') *n.* [ADEN(O)- + -INE³] a white, crystalline purine base, $C_5H_5N_5$, contained in the DNA, RNA, and ADP of all tissue: it links with thymine in the DNA structure

**ad·e·ni·tis** (ad''n īt'is) *n.* [-ol. + -ITIS ] glandular inflammation

**adeno-** (ad'n ō-) [< Gr *adēn*, gland: see INGUINAL ] *combining form* gland or glands [*adenoma*]

**ad·e·no·car·ci·no·ma** (-kär'sa nō'ma) *n.* [prec. + CARCINOMA ] a malignant tumor of glandular origin or with a glandlike cell arrangement

**ad·e·noid** (ad''n oid', ad'noid') *adj.* [ADEN(O)- + -OID ] 1 glandlike or glandular 2 of or like lymphoid tissue

**ad·e·noi·dal** (ad''n oid''l, ad'noid''l) *adj.* 1 adenoid 2 having adenoids 3 having the characteristic difficult breathing or nasal tone that results from enlarged adenoids

**ad·e·noid·ec·to·my** (ad''n oid'ek'ta mē, ad'noid dek'-) *n., pl.* **-mies** [ADENOID(S) + -ECTOMY ] the surgical removal of the adenoids

**ad·e·noids** (ad''n oidz', ad'noidz') *n.pl.* growths of lymphoid tissue in the upper part of the throat, behind the nose: they can swell up, esp. during childhood, obstruct breathing and speaking, and cause chronic ear infections

**ad·e·no·ma** (ad''n ō'ma) *n.* [ADEN(O)- + -OMA ] a benign tumor of glandular origin or with a glandlike cell arrangement —**ad·e·nom·a·tous** (ad''n äm'a tas) *adj.*

**ad·e·no·sine** (a den'a sēn', -sin') *n.* [arbitrary blend < ADENINE + RIBOSE ] a white, odorless, crystalline powder, $C_5H_4N_5 \cdot C_5H_9O_4$, obtained from the hydrolysis of yeast nucleic acid: it is a nucleoside consisting of adenine and ribose: see also ADP, AMP, ATP

**adenosine di·phos·phate** (di fäs'fāt') ADP

**adenosine tri·phos·phate** (trī fäs'fāt') ATP

**ad·e·no·sis** (ad''n ō'sis) *n., pl.* **-ses'** (-sēz') [ADEN(O)- + -OSIS ] any disease of glands; esp., the abnormal development of glandular tissue

**ad·e·no·vi·rus** (ad''n ō vī'rəs) *n.* [ADENO- + VIRUS ] any of a group of viruses that cause a variety of respiratory diseases in man

**a·dept** (a dept'; *also,* ad'ept) *adj.* [L *adeptus*, pp. of *adipisci*, to arrive at < *ad-*, to + *apisci*, to pursue, attain: used in ML of alchemists claiming to have arrived at the philosopher's stone ] highly skilled; expert —*n.* **ad·ept** (ad'ept) a person who is highly skilled in some field of knowledge or work; expert —**a·dept'ly** *adv.* —**a·dept'ness** *n.*

**ad·e·qua·cy** (ad'i kwa sē) *n.* the quality or state of being adequate

**ad·e·quate** (ad'i kwat) *adj.* [L *adaequatus*, pp. of *adaequare* < *ad-*, to + *aequare*, to make equal < *aequus*, level, equal ] 1 enough or good enough for what is required or needed; sufficient; suitable 2 barely satisfactory; acceptable but not remarkable —**SYN.** SUFFICIENT —**ad'e·quate·ly** *adv.* —**ad'e·quate·ness** *n.*

**à deux** (à dö') [Fr ] 1 of or for two 2 intimate

**ad ex·tre·mum** (ad' eks trē'məm) [L, at the extreme ] to or at the very end 2 at last; finally

**ad fin.** [L *ad finem* ] to the end; at the end

**ad·here** (ad hir', ad-) *vi.* **-hered', -her'ing** [L *adhaerere* < *ad-*, to + *haerere*, to stick ] 1 to stick fast; stay attached 2 to stay firm in supporting or approving [*to adhere* to a leader, to *adhere* to a plan] —**SYN.** STICK —**ad·her'er** *n.*

**ad·her·ence** (ad hir'ans, ad-) *n.* the act of adhering; specif., attachment (to a person, cause, etc.); devotion and support

**ad·her·ent** (ad hir'ant, ad-) *adj.* [Fr < L *adhaerens*, prp. of *adhaerere*: see ADHERE ] 1 sticking fast; attached 2 *Bot.* grown together; adnate —*n.* a supporter or follower (of a person, cause, etc.) —**SYN.** FOLLOWER

**ad·he·sion** (ad hē'zhan, ad-) *n.* [Fr < L *adhaesio* < pp. of *adhaerere*: see ADHERE ] 1 the act of sticking (to something) or the state of being stuck together 2 devoted attachment: adherence 3 a thing that adheres 4 *Med.* a) the joining together, by fibrous tissue, of body parts or tissues that are normally separate: it typically results from inflammation b) a band of fibrous tissue abnormally joining bodily parts or tissues 5 *Physics* the force that holds together the molecules of unlike substances whose surfaces are in contact: distinguished from COHESION

**ad·he·sive** (ad hē'siv, -ziv, ad-) *adj.* [Fr *adhésif* < L *adhaesus*, pp. of *adhaerere*: see ADHERE ] 1 sticking and not coming loose; clinging 2 made so as to adhere —*n.* 1 an adhesive substance, as glue 2 *Philately* an adhesive postage stamp —**ad·he'sive·ly** *adv.* —**ad·he'sive·ness** *n.*

**adhesive tape** tape with a sticky substance on one side, variously used, as for holding bandages in place

**ad·hib·it** (ad hib'it) *vt.* [< L *adhibitus*, pp. of *adhibere*, to summon < *ad-*, to + *habere*, to have ] [Rare] 1 to let in; admit 2 to affix 3 to administer, as a remedy —**ad·hi·bi·tion** (ad'ha bish'an) *n.*

**ad hoc** (ad häk', -hōk') [L, to this ] for this specific purpose; for a special case only, without general application [an *ad hoc* committee]

**ad homi·nem** (ad häm'a nem') [L, lit., to the man ] 1 appealing to prejudice and emotion rather than to reason 2 attacking the character, motives, etc. of an opponent rather than debating the issue on logical grounds

**a·di·a·bat·ic** (ad'ē a bat'ik, ad'ī a-) *adj.* [< Gr *adiabatos*, not to be passed < *a-*, not + *dia*, through + *bainein*, to go: see COME ] *Physics* of a process that occurs without loss or gain of heat —**a·di'a·bat'i·cal·ly** *adv.*

**a·di·aph·o·rous** (ad'ē af'a ras, ad'ī af'-) *adj.* [Gr *adiaphoros* < *a-*, not + *diaphoros*, different < *diapherein*, to differ < *dia-*, through + *pherein*, to BEAR¹ ] 1 morally neutral or indifferent 2 *Med.* neither harmful nor helpful

**a·dieu** (a dyōō', -dōō'; *Fr* à dyö') *interj., n., pl.* **adieus'** or **adieux** (a dyōōz', -dōōz'; *for 2d sp., Fr* à dyö') [ME < OFr *a dieu*, to God (I commend you) < L *ad*, to + *Deum*, acc. of *Deus*, God; current use chiefly from modern Fr ] goodbye; farewell —*n.* a farewell

**A·dige** (ä'dē jā') river in N Italy, flowing south & east into the Gulf of Venice: c. 250 mi. (400 km)

**ad in·fi·ni·tum** (ad in'fa nīt'am) [L, to infinity ] endlessly; forever; without limit Abbrev. **ad inf.**

**ad in·i·ti·um** (ad' i nish'ē am, -nish'am) [L ] at or to the beginning Abbrev. **ad init.**

**ad in·ter·im** (ad in'ta rim', -tar im) [L ] 1 in the meantime 2 temporary Abbrev. **ad int.** —**SYN.** TEMPORARY

**a·di·os** (ä'dē ōs', ä'-; *Sp* ä dyōs') *interj.* [Sp *adiós* < L *ad* + *Deum*: see ADIEU ] goodbye; farewell

**ad·i·po·cere** (ad'a pō sir', -pa-) *n.* [Fr *adipocire* < L *adeps* (see fol.) + *cera*, wax ] a fatty or waxy substance produced in decomposing dead bodies exposed to moisture

**ad·i·pose** (ad'a pōs') *adj.* [ModL *adiposus* < L *adeps* (gen. *adipis*), fat; ult. < Gr *aleipha*, fat; akin to *lipos*: see LIPO- ] of, like, or containing animal fat; fatty —*n.* fat in the connective tissue of an animal's body

**ad·i·pos·i·ty** (ad'a päs'a tē) *n.* the state of being fat; obesity 2 a tendency to become obese

**Ad·i·ron·dack Mountains** (ad'a rän'dak') mountain range in NE New York: highest peak, Mt. Marcy: also **Adirondacks**

**ad·it** (ad'it) *n.* [L *aditus*, pp. of *adire*, to approach < *ad-*, to + *ire*, to go: see EXIT ] an approach or entrance; specif., an almost horizontal passageway into a mine

**adj** 1 adjective 2 adjourned 3 adjustment

**ad·ja·cen·cy** (a ja'san sē) *n.* 1 the quality or state of being adjacent; nearness 2 *pl.* **-cies** an adjacent thing

**ad·ja·cent** (a ja'sant) *adj.* [L *adjacens*, prp. of *adjacere*, to lie near < *ad-*, to + *jacere*, to lie, throw: see JET¹ ] near or close (to something); adjoining —**ad·ja'cent·ly** *adv.*

**SYN.**—**adjacent** things may or may not be in actual contact with each other, but they are not separated by things of the same kind [*adjacent* angles, *adjacent* farmhouses]; that which is **adjoining** something else touches it at some point or along a line [*adjoining* rooms]; things are **contiguous** when they touch along the whole or most of one side [*contiguous* farms]; **tangent** implies contact at a single, nonintersecting point with a curved line or surface [a line *tangent* to a circle]; **neighboring** things lie near to each other [*neighboring* villages]

**adjacent angles** two angles having the same vertex and a side in common



ADJACENT ANGLES
(angles ABC and CBD)

**ad·jec·ti·val** (aj'ek tī'val, aj'ik-) *adj.* 1 of an adjective 2 having the nature or function of an adjective 3 adjective-forming [an *adjectival* suffix] —*n.* Linguis a word or word group that occurs in functions typical of adjectives —**ad·jec·ti'val·ly** *adv.*

**ad·jec·tive** (aj'ik tiv) *n.* [ME & OFr *adjectif* < L *adjectivus*, that is added < *adjectus*, pp. of *adjicere*, to add to < *ad-*, to + *jacere*, to throw: see JET¹ ] any of a class of words used to modify a noun or other substantive ["good," "every," & "Aegean" are *adjectives*] —*adj.* 1 of an adjective 2 having the nature or function of an adjective 3 dependent or subordinate 4 *Law* of or relating to practice and procedure; procedural —**ad·jec·tive·ly** *adv.*

**Adj Gen** Adjutant General

**ad·join** (a join') *vt.* [ME *ajoinen* < OFr *ajoindre* < L *adjungere* < *ad-*, to (see AD-) + *jungere*: see JOIN ] 1 to be next to; be contiguous to 2 to unite or annex (to a person or thing) —*vi.* to be next to each other; be in contact

**ad·join·ing** (-iŋ) *adj.* touching at some point or along a line; contiguous —**SYN.** ADJACENT

**ad·journ** (a jurn') *vt.* [ME *ajournen* < OFr *ajourner* < *a jorn*, at the (specified) day < *a*, at + *jorn*, day < L *diurnum*, by day < *diurnus*, *daily* < *dies*, day: see DEITY ] 1 to put off or suspend until a future time [to *adjourn* a meeting] —*vi.* 1 to close a session or meeting for a time [*Congress adjourned* for the summer] 2 [Colloq.] to move from a place of meeting (to another place) [let's *adjourn* to the patio]

**SYN.**—**adjourn** is applied to the action as of a deliberative body in bringing a session to a close, with the intention of resuming at a later date; **prorogue** applies to the formal dismissal of a parliament by the crown, subject to reassembly; to **dissolve** an assembly is to terminate it as constituted, so that an election must be held to reconstitute it; **postpone** implies the intentional delaying of an action until a later time; **suspend** denotes the breaking off of proceedings, privileges, etc. for a time, sometimes for such an indefinite time as to suggest cancellation [to *suspend* a sentence]

## educated / efficacious 432

teach; instruct  2 to form and develop (one's taste, etc.)  3 to pay for the schooling of (a person) —SYN. TEACH

**ed·u·cat·ed** (-kāt'id) *adj.* 1 having, or showing the results of, much education  *2 based on knowledge or experience [an educated guess]*

**ed·u·ca·tion** (ej'ōō kā'shən, ej'ə-) *n.* [L *educatio:* see EDUCATE ] 1 the process of training and developing the knowledge, skill, mind, character, etc., esp. by formal schooling; teaching; training  2 knowledge, ability, etc. thus developed  3 *a)* formal schooling at an institution of learning  *b)* a stage of this *[a high-school education]*  4 systematic study of the methods and theories of teaching and learning

**ed·u·ca·tion·al** (-sha nəl) *adj.* 1 relating to education  2 giving instruction or information; educating *[an educational film]* —**ed·u·ca'tion·al·ly** *adv.*

**★educational park** a centralized, integrated educational facility in a metropolitan area, designed for students from widespread areas throughout the community and consisting variously of schools from kindergarten through college on one campus

**ed·u·ca·tion·ist** (-shən ist) *n.* an educator; esp., an authority on educational theory: often a disparaging term with varying connotations of inflexibility, intellectual limitations, or bias against traditionalism  Also **ed·u·ca'tion·al·ist** (-sha nə list)

**ed·u·ca·tive** (ej'ōō kā'tiv, ej'ə-) *adj.* 1 educating or tending to educate; instructive  2 of education; educational

**ed·u·ca·tor** (-kāt'ər) *n.* [L ] 1 a person whose work is to educate others; teacher  2 a specialist in the theories and methods of education

**educe** (ē dōōs', -dyōōs') *vt.* **-duced'**, **-duc'ing** [L *educere:* see EDUCATE ] 1 to draw out; elicit  2 to infer from data; deduce —SYN. EXTRACT —**e·duc'i·ble** *adj.* —**e·duc'tion** (ē duk'shən) *n.*

**educt** (ē'dukt') *n.* [L *eductum,* neut. pp. of *educere* ] 1 something drawn out  2 a substance separated unchanged from another substance: distinguished from PRODUCT

**Ed·ward** (ed'wərd) [OE *Eadweard* < *ead* (see EDGAR) + *weard,* guardian, protector (see WARD): hence, wealthy (or fortunate) guardian ] 1 a masculine name: dim. *Ed, Eddie, Ned, Ted, Teddy;* equiv. Fr. *Edouard,* Ger. *Eduard,* It. & Sp. *Eduardo,* Scand. *Edvard*  2 1330-76; Prince of Wales: son of Edward III: called the *Black Prince*  3 Edward I 1239-1307; king of England (1272-1307): son of Henry III  4 **Edward II** 1284-1327; king of England (1307-27): son of Edward I  5 **Edward III** 1312-77; king of England (1327-77): son of Edward II  6 **Edward IV** 1442-83; king of England (1461-70; 1471-83): son of Richard, duke of York  7 **Edward V** 1470-83; king of England (1483): son of Edward IV; reputed to have been murdered by order of Richard III  8 **Edward VI** 1537-53; king of England & Ireland (1547-53): son of Henry VIII & Jane Seymour  9 **Edward VII** 1841-1910; king of Great Britain & Ireland (1901-10): son of Queen Victoria  10 **Edward VIII** see WINDSOR, Duke of

**Edward, Lake** lake in EC Africa, between Zaire and Uganda: 830 sq. mi. (2,150 sq. km)

**Ed·ward·i·an** (ed wär'dē an, -wôr'-) *adj.* designating or of the reigns of any of the English kings named Edward; specif., *a)* designating, or in the style of, the architecture of the period of the first three Edwards  *b)* of or characteristic of the time of Edward VII, esp. with reference to literature, art, and fashion

**Ed·wards** (ed'wərdz), **Jonathan** 1703-58; Am. theologian

**Edward the Confessor** *c.* 1004-66; king of England (1042-66): canonized: his day is Oct. 13

**Ed·win** (ed'win) [OE *Eadwine* < *ead* (see EDGAR) + *wine,* friend < Gmc *\*weniz* < IE base *\*wen-,* to strive, desire, love (> WIN(SOME), WISH, L *Venus):* lit., rich friend ] a masculine name: dim. *Ed, Eddie;* fem. *Edwina*

**Ed·wi·na** (ed wē'na, -win'a) [ fem. of prec. ] a feminine name: dim. *Winnie:* see EDWIN

**-ee** (ē) [< Anglo-Fr & OFr -*é,* orig. masc. ending of pp. of verbs in -*er* < L -*atus:* see -ATE[2] ] *suffix forming nouns* 1 the recipient of a (specified) action, grant, or benefit *[appointee, selectee, mortgagee]*  2 a person in a (specified) condition *[absentee, employee]*  3 a person or thing associated in some way with another *[bargee, goatee]*  4 a person that performs the (specified) action *[standee]*

**-ee[2]** (ē) *suffix forming an old-fashioned nonstandard form of nouns of nationality ending in* -ESE *[Chinee, Portugee]*

**EE** Electrical Engineer

**EEC** European Economic Community

**EEG** electroencephalograph

**eel** (ēl) *n., pl.* **eels** *or* **eel** [ME *ele* < OE *æl,* akin to Ger *aal* ] 1 any of an order (Anguilliformes) of bony fishes with long, slippery, snakelike bodies and no pelvic fins  2 any of various other snakelike fishes, including the electric eel and lamprey —**eel'y** (ēl'ē) *adj.*

**★eel·grass** (-gras') *n.* 1 a flowering plant (*Zostera marina*) of the pondweed family, that grows underwater and has long, grasslike leaves  2 TAPE GRASS

**eel·pout** (-pout') *n., pl.* **-pout** *or* **-pouts** [OE *ælepute:* see EEL & POUT[2] ] 1 any of a family (Zoarcidae, order Gadiformes) of marine bony fishes that resemble eels  2 BURBOT

**eel·worm** (-wurm') *n.* any of a large number of nematode worms that are either free-living or parasitic on plants

**e'en** (ēn) *adv., poet. contr. of* EVEN[1] *n.* [Old Poet. or Dial.] EVEN(ing)

**EEOC** Equal Employment Opportunity Commission

**e'er** (er, âr) *adv., old poet. contr. of* EVER

**-eer** (ir) [Fr -*ier* < L -*arius* ] *suffix* 1 forming nouns *a)* a person or thing that has to do with *[auctioneer, mountaineer]*  *b)* a person

who writes, makes, etc. (sometimes used derogatorily) *[pamphleteer, profiteer]*  2 *forming verbs* to have to do with *[electioneer]*

**EER** energy efficiency ratio

**ee·rie** *or* **ee·ry** (ir'ē, ē'rē) *adj.* **-ri·er**, **-ri·est** [ N Eng dial & Scot < ME *eri,* filled with dread, prob. var. of *erg,* cowardly, timid < OE *earg,* akin to Ger *arg,* bad, wicked: for IE base see ORCHESTRA ] 1 orig., timid or frightened; uneasy because of superstitious fear  2 mysterious, uncanny, or weird, esp. in such a way as to frighten or disturb —SYN. WEIRD —**ee'ri·ly** *adv.* —**ee'ri·ness** *n.*

**ef-** (ef, ēf, əf) *prefix* EX-[1]: used before f *[efface]*

**ef·face** (e fās', i-) *vt.* **-faced'**, **-fac'ing** [ Fr *effacer* < *e-* (see prec.) + *face:* see FACE ] 1 to rub out, an from a surface; erase; wipe out; obliterate *[time effaced the memory]*  2 to make (oneself) inconspicuous; withdraw (oneself) from notice —SYN. ERASE —**ef·face'a·ble** *adj.* —**ef·face'ment** *n.* —**ef·fac'er** *n.*

**ef·fect** (e fekt', i-; *often* ē-, ə-) *n.* [ME < OFr (& L) < L *effectus,* orig., pp. of *efficere,* to bring to pass, accomplish < *ex-,* out + *facere,* DO[1] ] 1 anything brought about by a cause or agent; result  2 the power or ability to bring about results; efficacy *[a law of little effect]*  3 influence or action on something *[the drug had a cathartic effect]*  4 general meaning; purport *[he spoke to this effect]*  5 *a)* the impression produced on the mind of the observer or hearer, as by artistic design or manner of speaking, acting, etc. *[to do something just for effect]*  *b)* something, as a design, aspect of nature, etc., that produces a particular impression *[striking cloud effects]*  *c)* a scientific phenomenon *[the Doppler effect]*  6 the condition or fact of being operative or in force *[the law goes into effect today]*  7 *[pl.]* belongings; property *[household effects]* —*vt.* to bring about; produce as a result; cause; accomplish *[to effect a compromise]* —**give effect to** to put into practice; make operative —**in effect** 1 in result; actually; in fact  2 in essence; virtually  3 in operation; in force —**take effect** 1 to begin to produce results; become operative  2 **to the effect with the purport or meaning** —**ef·fect'er** *n.*

SYN.—**effect** is applied to that which is directly produced by an action, process, or agent and is the exact correlative of *cause;* **consequence** suggests that which follows something else on which it is dependent in some way, but does not connote as direct a connection with *cause;* **result** stresses that which is finally brought about by the effects or consequences of an action, process, etc.; **issue,** in this connection, suggests a result in which there is emergence from difficulties or conflict; **outcome** refers to the result of something that was in doubt  See also PERFORM —ANT. cause

**ef·fec·tive** (e fek'tiv, i-; *often* ē-, ə-) *adj.* [ME & OFr *effectif* < L *effectivus* ] 1 having an effect; producing a result  2 producing a definite or desired result; efficient  3 in effect; operative; active  4 actual, not merely potential or theoretical  5 making a striking impression; impressive  6 equipped and ready for combat —*n.* a soldier, unit, etc. equipped and ready for combat: *usually used in pl* —**ef·fec'tive·ly** *adv.* —**ef·fec'tive·ness** *n.*

SYN.—**effective** is applied to that which produces a definite effect or result *[an effective speaker]; efficacious* refers to that which is capable of producing the desired effect or result *[an efficacious remedy];* **effectual** specifically implies the production of the desired effect or result in a decisive manner *[an effectual reply to his charge];* **efficient** implies skill and economy of energy in producing the desired result and is often applied to persons *[an efficient housekeeper]* —ANT. futile

**ef·fec·tor** (e fek'tər, i-) *n.* [L ] a producer < *effectus:* see EFFECT ] a muscle, gland, cell, etc. capable of responding to a stimulus, esp. to a nerve impulse  2 that part of a nerve which transmits an impulse to an organ of response

**ef·fec·tu·al** (e fek'chōō əl, i-; *often* ē-, ə-) *adj.* [ME < OFr *effectuel* < ML *effectualis* ] 1 producing, or able to produce, the desired effect  2 having legal force; valid —SYN. EFFECTIVE —**ef·fec'tu·al'i·ty** (-al'ə tē) *n.*

**ef·fec·tu·al·ly** (-ə lē) *adv.* with the desired effect; completely; effectively

**ef·fec·tu·ate** (-āt') *vt.* **-at'ed**, **-at'ing** [ Fr *effectuer* < L *effectus,* see EFFECT), with ending after verbs in -*ate* (e.g., ACTUATE) ] to bring about; cause to happen; effect —**ef·fec'tu·a'tion** *n.*

**ef·fem·i·na·cy** (e fem'ə nə sē, i-) *n.* the quality or state of being effeminate

**ef·fem·i·nate** (e fem'ə nit, i-) *adj.* [ME *effeminat* < L *effeminatus,* pp. of *effeminare,* to make womanish < *ex-,* out + *femina,* a woman: see FEMALE ] 1 having the qualities generally attributed to women, as weakness, timidity, delicacy, etc.; unmanly; non virile  2 characterized by such qualities; weak; soft, decadent, etc. *[effeminate art]* —SYN. FEMALE —**ef·fem'i·nate·ly** *adv.*

**ef·fen·di** (e fen'dē) *n., pl.* **-dis** [ Turk *efendi* < ModGr *aphentēs* < Gr *authentēs,* a master: see AUTHENTIC ] Sir; Mr.: a Turkish title of respect

**ef·fer·ent** (ef'ər ənt) *adj.* [ L *efferens,* prp. of *efferre,* to carry out < *ex-,* out + *ferre,* BEAR[1] ] *Physiol.* carrying away from a central part; specif., designating nerves that carry impulses away from a nerve center: opposed to AFFERENT —*n.* an efferent nerve, duct, etc.

**ef·fer·vesce** (ef'ər ves') *vi.* **-vesced'**, **-vesc'ing** [ L *effervescere,* to boil up, foam up < *ex-,* out + *fervescere,* to begin to boil < *fervere,* to boil: see FERVENT ] 1 to give off gas bubbles, as carbonated beverages; bubble; foam  2 to rise and come out in bubbles, as gas  3 to be lively and high-spirited

**ef·fer·ves·cent** (-ves'ənt) *adj.* [ L *effervescens,* prp.: see prec. ] 1 giving off gas bubbles; bubbling up; foaming  2 lively and high-spirited; vivacious —**ef·fer·ves'cence** *n.* —**ef·fer·ves'cent·ly** *adv.*

**ef·fete** (e fēt, i-) *adj.* [ L *effetus,* that has brought forth offspring, exhausted < *ex-,* out + *fetus,* productive: for IE base see FEMALE ] 1 no longer capable of producing; spent and sterile  2 lacking in vigor or character, moral stamina, etc.; decadent, soft, overrefined, etc. —**ef·fete'ly** *adv.* —**ef·fete'ness** *n.*

**ef·fi·ca·cious** (ef'i krā'shəs) *adj.* [ L *efficax* (gen. *efficacis*) < *efficere*