## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB, | Civil Action No. 11-3788 (MAS)(LHG) |
| Plaintiff, | |
| v. | **CONSENT ORDER FOR** <br> **PRO HAC VICE ADMISSION** |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC., | |
| Defendants. | |

This matter having been opened to the Court by McCarter & English, LLP, attorneys for plaintiff Orexo AB ("Plaintiff"), John E. Flaherty appearing for an Order, pursuant to Local Civil Rule 101.1(c), allowing Suni Sreepada of the firm Milbank, Tweed, Hadley & McCloy LLP, to appear and participate *pro hac vice* for Plaintiff; counsel for defendants Mylan Pharmaceuticals Inc. and Mylan Inc. having consented to the form and entry of this Order; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

IT IS on this 7th day of December, 2012, ORDERED that:

1. Suni Sreepada of the firm of Milbank, Tweed, Hadley & McCloy LLP, with an office located at One Chase Manhattan Plaza, New York, New York 10005-1413, a member in good standing of the Bars in which she is admitted, be hereby permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Plaintiff shall be signed by a member or associate of the firm of McCarter & English, LLP who is admitted to practice before this Court, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is

ME1 14025564v.1

FURTHER ORDERED that Suni Sreepada shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

FURTHER ORDERED that Suni Sreepada, pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is

FURTHER ORDERED that Suni Sreepada, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that Suni Sreepada, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

So Ordered

_____
Hon. Lois H. Goodman, U.S.M.J.