# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB,<br><br>        Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.<br>and MYLAN INC.,<br><br>        Defendants. | Civil Action No. 11-3788 (FLW)(LHG) |

## REQUEST BY JOHN E. FLAHERTY FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by John E. Flaherty for *pro hac vice* counsel Suni Sreepada to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for Suni Sreepada.

Dated: December 7, 2012

s/ John E. Flaherty
John E. Flaherty
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444 (telephone)
(973) 624-7070 (facsimile)

*Of Counsel:*
Errol B. Taylor
Frederick M. Zullow
Anna Brook
Suni Sreepada
MILBANK, TWEED, HADLEY &
McCLOY LLP

ME1 14510781v.1

2

                                                        One Chase Manhattan Plaza
                                                        New York, New York 10005-1413
                                                        (212) 530-5000 (telephone)
                                                        (212) 530-5219 (facsimile)

<u>PRO HAC VICE ATTORNEY INFORMATION</u>

Suni Sreepada (SSreepada@milbank.com)
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005-1413

2