# DECLARATION OF ANNA BROOK

# EXHIBITS 35, 36, 38

# CERTIFICATE OF SERVICE