John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
MILBANK, TWEED, HADLEY &
   & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

*Attorneys for Plaintiff Orexo AB*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB,<br><br>            Plaintiff,<br><br>            v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>            Defendants. | Honorable Freda L. Wolfson, U.S.D.J.<br>Honorable Lois H. Goodman, U.S.M.J.<br><br>Civil Action No. 3:11-cv-03788 (FLW)(LHG) |

## DECLARATION OF ANNA BROOK IN SUPPORT OF
## OREXO AB'S RESPONDING *MARKMAN* SUBMISSION

Anna Brook declares as follows:

1. I am associated with the law firm of Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005-1413, counsel for Orexo AB in connection with the present action. I submit this declaration in support of Orexo's Responding Markman Submission.

2. Attached as Exhibit 34 hereto is a true and correct copy of an excerpt of Mylan's Abbreviated New Drug Application, Bates stamped MYLAN0000825-0826.

3. Attached as Exhibit 35 hereto is a true and correct copy of excerpts from the transcript of the November 14, 2012 deposition of Dr. Edmund Elder.

4. Attached as Exhibit 36 hereto is a true and correct copy of excerpts from the transcript of the November 29, 2012 deposition of Dr. Nicholas Peppas.

5. Attached as Exhibit 37 hereto is a true and correct copy of an excerpt of Mylan's Abbreviated New Drug Application, Bates stamped MYLAN0000831-0834.

6. Attached as Exhibit 38 hereto is a true and correct copy of an excerpt of Mylan's Preliminary Proposed Claim Constructions, served May 25, 2012.

Dated: December 7, 2012

By: _____

Anna Brook

1