# EXHIBIT 36

Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 2 of 22 PageID: 2475

DR. NICHOLAS PEPPAS                          November 29, 2012
OREXO AB vs. MYLAN                                          1

1

2    UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEW JERSEY
3
     ------------------------------------------
4
     OREXO AB,
5

6                          Plaintiff,

7
               vs.           Civil Action No.
8                            3:11-CV-03788

9

10   MYLAN PHARMACEUTICALS INC.,
     and MYLAN INC.,
11

12                          Defendants.

13   ------------------------------------------

14

15          VIDEOTAPED DEPOSITION OF

16            DR. NICHOLAS PEPPAS

17        THURSDAY, NOVEMBER 29, 2012

18                 9:30 a.m.

19

20

21

22

23

24

25   Reported by:  Adrienne M. Mignano, RPR
                   Job Number:  331534



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 3 of 22 PageID: 2476

DR. NICHOLAS PEPPAS                                    November 29, 2012
OREXO AB vs. MYLAN                                                    27

```
 1                      Peppas
 2   at two different stirring speeds, 25 and
 3   100 RPM."
 4        A     Yes.
 5        Q     Did I read that correctly?
 6        A     Yes.
 7        Q     What, if anything, does that
 8   test tell you about the bioadhesiveness of
 9   the product described in Example 1?
10        A     In general terms, it gives the
11   dissolution rate, how fast or how slowly
12   the drug comes out of the device.  The
13   test or the experiment by itself does not
14   have inherent characteristics of
15   bioadhesion, that particular experiment.
16        Q     It tells you nothing about
17   bioadhesiveness?
18        A     It does not.
19        Q     Let's go back to your
20   declaration, Exhibit 1, and I think we're
21   at paragraph 11 of your declaration.
22              You noted that you published
23   more than 100 papers on the design and use
24   of mucoadhesive polymers, right?
25        A     That's true.
```



```
 1                           Peppas

 2           of good order, let me mark it for

 3           identification as Peppas Exhibit 5,

 4           and it bears production numbers ORM

 5           1271 to 1274.

 6                    (Whereupon, Hersey Article,

 7           Powder Technology, Volume 11, 1975,

 8           Bates Stamped ORM 1271 to 1274, was

 9           marked as Peppas Exhibit 5 for

10           identification, as of this date.)

11     BY MR. HOCHSTETLER:

12           Q     Is Peppas Exhibit 5 the classic

13     Hersey article to which you referred?

14           A     I believe that it is a very

15     important classic article in the field.

16                    MR. HOCHSTETLER:  I'm going to

17           mark for identification as Peppas

18           Exhibit 6 a document bearing

19           production numbers ORM 1340 to 1342.

20                    (Whereupon, Hersey Article,

21           Bates Stamped ORM 1340 to 1342, was

22           marked as Peppas Exhibit 6 for

23           identification, as of this date.)

24     BY MR. HOCHSTETLER:

25           Q     Is Exhibit 6 the other Hersey
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 5 of 22 PageID: 2478

DR. NICHOLAS PEPPAS                                 November 29, 2012
OREXO AB vs. MYLAN                                              62

```
 1                    Peppas
 2   are asking me for the specific case, the
 3   specific system.  I cannot give you that
 4   answer.  It could be a variety of ways,
 5   but I cannot tell you.
 6        Q     As you're sitting here today,
 7   can you describe the universe of potential
 8   ways that may explain how the particles of
 9   active agent are adhered to the carrier
10   particles?
11        A     Well --
12              MR. ZULLOW:  Wait, wait.
13        Objection to form.
14              Now you can answer.
15        A     I think I have been asked to
16   define terms, not to present explanations
17   on how particles are held together.  That
18   goes to another area that I have not
19   addressed any further than just the
20   general terms that I had in my
21   declaration.
22        Q     Are you prepared sitting here
23   today to describe what interactive forces
24   are binding the active agent to the
25   carrier particles in Nystrom?
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 6 of 22 PageID: 2479

DR. NICHOLAS PEPPAS                                    November 29, 2012
OREXO AB vs. MYLAN                                                    63

```
 1                     Peppas
 2      A     I am prepared to say what could
 3   be some of these forces.
 4      Q     And what could be some of those
 5   forces?
 6      A     Electrostatic interactions, Van
 7   Der Waals, V-A-N, D-E-R, W-A-A-L-S,
 8   interactions.  Adsorption, A-D.  Many,
 9   many other forces.  Many, many other,
10   excuse me, interactions.
11      Q     Any other that occur to you as
12   you sit here now?
13      A     No, those are really the ones
14   that I can think right now.
15      Q     Can you think of any others?
16      A     Not right now.
17      Q     Does Nystrom use water in the
18   process of making the ordered mixture, its
19   ordered mixture?
20      A     Would you like to direct me to
21   an example?
22      Q     We were talking about Example 2
23   in Nystrom.  Let's look at Example 2.
24      A     Nystrom does not explicitly
25   refer to water in this, in this
```



```
 1                      Peppas
 2   regarding the term "bioadhesion and/or
 3   mucoadhesion promoting agent".
 4             Do you see that the -- can I
 5   call it mucoadhesive?
 6        A    Yes, please.
 7        Q    Do you see that the mucoadhesive
 8   is a limitation of both Claim 1 and Claim
 9   19?
10        A    Yes, I do.
11        Q    Do you understand the term
12   "bioadhesion and/or mucoadhesion promoting
13   agent" to have the same meaning in Claim 1
14   and Claim 19?
15        A    Yes.
16        Q    It is your position, I believe,
17   that the ordered mixture that is claimed
18   in the '910 Patent must include the
19   mucoadhesive; is that correct?
20        A    That is correct.
21        Q    Must it also include the active
22   agent?
23        A    It could and it could not.
24        Q    So --
25        A    We can go to the section where
```



```
 1                    Peppas
 2   that in my declaration.  I don't want to
 3   repeat things if they are clearly
 4   understood by both sides.
 5        Q     Unfortunately, sir, I'm sure it
 6   is clearly understood on Mr. Zullow's side
 7   of the table, but it is not understood by
 8   me, so I was hoping --
 9        A     I was the one who wrote the
10   report so it's clearly understood by me,
11   and hopefully by Dr. Zullow.
12              MR. ZULLOW:  I've just been
13        promoted.
14        A     I would like to go to Claim 1,
15   the first item.  I'd like to go to Claim 1
16   if you don't mind.
17        Q     Very good.
18        A     And I would like to start with
19   line 45.  And you can see now why I made
20   the correction in my --
21        Q     Where are we again?  I
22   apologize.
23        A     45, line 45 on --
24              MR. ZULLOW:  He wants to know
25        what paragraph in your declaration you
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 9 of 22 PageID: 2482

DR. NICHOLAS PEPPAS                                    November 29, 2012
OREXO AB vs. MYLAN                                                    83

```
 1                      Peppas
 2      are referring him to.
 3      A      Paragraph 70, which is the page
 4   before the page you wanted to go.
 5               So, as I say, I understand the
 6   ordered mixture comprise of two
 7   components, so please turn your attention
 8   to the patent and go to line 45.  "Ordered
 9   mixture of microparticles."
10   Microparticles of what?  "Of at least one
11   pharmaceutically active agent adhered to
12   the surfaces of carrier particles", that
13   for me is the first component of this
14   structure, of this ordered mixture.
15               Now, there is an explanation
16   there, "said particles" -- which
17   particles? -- "the particles of the
18   carrier being substantially larger than
19   said microparticles in being water
20   insoluble", that is the end of the first
21   component.
22               Here comes the second component
23   of the ordered mixture.  "And the
24   bioadhesion or mucoadhesion promoting
25   agent mainly adhere to the surface of the
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 10 of 22 PageID: 2483

DR. NICHOLAS PEPPAS                                          November 29, 2012
OREXO AB vs. MYLAN                                                          84

                              Peppas

 1

 2    carrier particles."

 3            So it is my understanding and my

 4    belief that the ordered mixture is between

 5    those two components.  First component

 6    being A, as I have it in my deposition, in

 7    my, excuse me, my declaration, and second,

 8    component B is the mucoadhesive.

 9        Q     Component A is, I'm just

10    quoting, "microparticles of at least one

11    pharmaceutically active agent adhered to

12    the surfaces of carrier particles", right?

13        A     Yes.

14        Q     So why isn't the active agent a

15    necessary part of the ordered mixture

16    claimed in the '910 Patent?

17        A     Because in those two lines,

18    there is no mention of an ordered mixture.

19    The ordered mixture is two components.

20    The first component and then second, and

21    the comma in front of the and clearly

22    states where the two components are.

23            So the first component, which is

24    A, as I described it, could or could not

25    be -- I do not see any requirement that it



DR. NICHOLAS PEPPAS                        November 29, 2012
OREXO AB vs. MYLAN                                        100

```
 1                    Peppas
 2   page 181.
 3        A     Yes, sir.
 4        Q     You're familiar with this page,
 5   correct?
 6        A     I am familiar with this page,
 7   yes.
 8        Q     You discuss this page in your
 9   report; isn't that right?
10        A     Yes.
11        Q     There is a sentence --
12        A     Right.
13        Q     In Exhibit 3, I think I wanted
14   to ask you about the sentence is "In fact,
15   Nystrom fails to disclose or suggest a
16   combination of ordered mixtures and
17   mucoadhesive agents."
18             Do you see that, sir?
19        A     Yes, I do.
20        Q     And Nystrom is the reference
21   that we were discussing before, Peppas
22   Exhibit 7?
23        A     I believe so, yes.
24        Q     My question was:  Was the
25   statement that I just read, "In fact,
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 12 of 22 PageID: 2485

DR. NICHOLAS PEPPAS                                      November 29, 2012
OREXO AB vs. MYLAN                                                    101

                              Peppas

 1
 2    Nystrom fails to disclose or suggest a
 3    combination of ordered mixtures and
 4    mucoadhesive agents" true?
 5        A     It is part of the document.  I
 6    consider it to be true.
 7        Q     Is the sentence true, the
 8    statement true?
 9        A     Oh, you mean, it is part of this
10    document that they have submitted.  Yes,
11    because Nystrom has no reason to mention
12    any mucoadhesive or bioadhesive
13    components.  Nystrom is not a patent about
14    bioadhesive systems.
15        Q     Exhibit 15 to your declaration
16    is the Bredenberg article; isn't that
17    right, sir.
18        A     Yes.
19            MR. HOCHSTETLER:  We'll mark
20        that for identification as Exhibit 9.
21        It will be the copy bearing production
22        numbers ORM 1343 to 1351.
23            (Whereupon, Bredenberg Article,
24        Bates Stamped ORM 1343 through 1351,
25        was marked as Peppas Exhibit 9 for



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 13 of 22 PageID: 2486

DR. NICHOLAS PEPPAS                                November 29, 2012
OREXO AB vs. MYLAN                                              137

```
 1                     Peppas
 2   result observed, but it doesn't give me
 3   the whole answer about how Kollidon works.
 4           Is that clear?  Especially when
 5   I have the tablet results before that.
 6      Q     Now, the tablet results, I
 7   thought you said, showed that the probe
 8   had greater bioadhesive capability than
 9   the Kollidon based on the test result.
10           MR. ZULLOW:  Objection to form.
11      That mischaracterized earlier
12      testimony.
13      A     What I said is that the
14   adhesion, not the probe -- I said clearly,
15   and I repeat it for the record, the tablet
16   adheres to the bioadhesive -- excuse me,
17   to the pig intestine so well that the
18   tablet breaks rather than the interface.
19   And I have a support, Figure 4.
20           So we have two or three sets of
21   data here, and I have enough information
22   based on this data, and without seeing the
23   original results, to make a conclusion
24   that Kollidon has adhesion, and that's
25   what I say, I think, in my report.  That
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 14 of 22 PageID: 2487

DR. NICHOLAS PEPPAS                          November 29, 2012
OREXO AB vs. MYLAN                                        138

```
 1                    Peppas
 2   this data helped me make additional
 3   information that Kollidon-CL is an
 4   mucoadhesive.
 5       Q    Can you draw any conclusions
 6   from the test as to whether the adhesive
 7   force between the Kollidon and the mucus
 8   is greater than the adhesive strength
 9   between the Kollidon and the carrier?
10            MR. ZULLOW:  Wait a second.  I
11       just want to read the question back.
12       A    I would like you to repeat the
13   question, although I almost understood it.
14            MR. ZULLOW:  I'll object as
15       asked and answered.
16       A    Could you just repeat the
17   question?
18       Q    She's going to read it.
19            (Record read)
20       A    Not from the tablet test.
21   Kollidon and the carrier, I have some
22   indications, but it is not a conclusion.
23   It is not a firm conclusion.
24       Q    And what are the "some
25   indications" to which you are referring?
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 15 of 22 PageID: 2488

DR. NICHOLAS PEPPAS                                    November 29, 2012
OREXO AB vs. MYLAN                                                  141

```
1                      Peppas

2   declaration in addition to Peppas Exhibit

3   1 in connection with the Markman Hearing?

4       A     No.  This is my declaration;

5   that's what I have been asked to do.

6       Q     You haven't been asked to

7   prepare another one.

8             MR. HOCHSTETLER:  I have no

9       further questions.

10            MR. ZULLOW:  I have a few

11      questions.  Very short.

12  EXAMINATION BY

13  MR. ZULLOW:

14      Q     Dr. Peppas, earlier today,

15  Mr. Hochstetler asked you some questions

16  about whether there were any embodiments

17  described in the '910 Patent that

18  addressed the bio/mucoadhesive in an

19  ordered mixture with the carrier which

20  didn't address the active.  At the time,

21  you said you didn't recall, if I remember

22  correctly.

23            MR. HOCHSTETLER:  Objection.

24      Q     I'm trying to get you back.  I

25  would like you to go to your declaration
```



```
 1                      Peppas
 2   and go to paragraph number 73.
 3            Do you see that, paragraph 73;
 4   do you recognize paragraph 73?
 5       A    Of course I do.
 6       Q    Is that something that you
 7   prepared?
 8       A    Of course.
 9       Q    What do you understand that
10   to -- what are you discussing in that
11   paragraph?
12       A    I'm discussing embodiment based
13   on '910 from Column 5, lines 53-65, that
14   includes bioadhesive and carrier
15   particles.  I read exactly those lines and
16   I'm trying to split them into four
17   distinct portions, if you wish.
18            So the first one says, "In order
19   for the pharmaceutical composition of the
20   invention to function properly when a
21   bio/mucoadhesion promoting agent is added
22   thereto, this agent must be positioned at
23   the surface of the carrier particles."
24            Second portion is "The muco --
25   bio/mucoadhesion promoting agent can be
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 17 of 22 PageID: 2490

DR. NICHOLAS PEPPAS                                    November 29, 2012
OREXO AB vs. MYLAN                                                    143

```
 1                        Peppas
 2    then admixed to the carrier particles in
 3    several ways."
 4              Third one is "In a preferred
 5    embodiment of the invention, a fine
 6    particular quality of the mucal --
 7    bio/mucoadhesion promoting agent is mixed
 8    together with a coarse carrier for a
 9    sufficient time to produce an ordered
10    mixture where the final particles exist as
11    discrete primary particles are adhered to
12    the surface of the carrier."
13              And then concludes with "Thus,
14    the bio/mucoadhesion promoting agent is
15    admixed in the same way as the active
16    compound described in European Patent
17    '725."
18              So what's your question?
19       Q     Is it your understanding that --
20    well, first, the section that you just
21    read refers to the patent at column 5,
22    lines 53 to 65, correct?
23       A     Uh-huh.
24       Q     And is it your understanding
25    that that section refers to an embodiment
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 18 of 22 PageID: 2491

DR. NICHOLAS PEPPAS                                    November 29, 2012
OREXO AB vs. MYLAN                                                  144

                            Peppas

 1

 2    that includes the bioadhesive and the

 3    carrier particles but not the

 4    pharmaceutically active agent?

 5              MR. HOCHSTETLER:  Objection.

 6         That is leading.

 7         Q     You can answer the question.

 8         A     The pharmaceutical composition

 9    includes here -- the composition includes

10    the bioadhesive and the carrier particles

11    and it does not have any pharmaceutical

12    active agent.

13         Q     Now, there was some questions at

14    the very beginning of the day relating to

15    the relationship between bioadhesives and

16    essentially water free, and I would like

17    to ask you some questions about that.

18              Where do you address

19    bioadhesives in your declaration?

20         A     Starting on page 38 with

21    paragraph 112.

22         Q     Am I correct it goes on through

23    to basically the end of the declaration,

24    correct?

25         A     Yes, sir.  And as I said before,



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 19 of 22 PageID: 2492

DR. NICHOLAS PEPPAS                          November 29, 2012
OREXO AB vs. MYLAN                                        146

```
 1                    Peppas
 2      A      Of course it is.  I present it.
 3   It means that and I have it in quotations.
 4      Q      Okay.
 5             Now, you also discussed the
 6   importance of being essentially water free
 7   and its relation to the bioadhesive.
 8             Do you remember that?
 9      A      Yes, I do.
10      Q      Why don't you turn to paragraph
11   33.
12             Let's do it this way:  Where do
13   you address essentially water free in your
14   declaration?
15      A      In the first few paragraphs
16   starting on 26 and going to about 58.
17      Q      Now, you were asked questions
18   about -- were you asked questions that
19   related to Column 7, lines 33 -- 33 to 43?
20      A      Of the patent?
21      Q      Of the patent, yes.
22      A      Yes, sir.
23      Q      And am I correct that here we're
24   talking about -- well, is the
25   bioadhesive -- excuse me, the
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 20 of 22 PageID: 2493

DR. NICHOLAS PEPPAS                                    November 29, 2012
OREXO AB vs. MYLAN                                                   147

```
 1                        Peppas
 2    bio/mucoadhesive/mucoadhesive -- excuse
 3    me.  Let me try again.
 4             Is the bioadhesion and/or
 5    mucoadhesion promoting agent referred to
 6    here in the final formulation or somewhere
 7    else?
 8       A     It is in the final formulation.
 9       Q     Is it your understanding that --
10    strike that -- that the level of water
11    during processing can vary, but you can
12    still have an essentially water free
13    formulation that is covered by the claims
14    of the patent?
15             MR. HOCHSTETLER:  Objection.
16       Leading.
17       A     I have already indicated in my
18    declaration.
19             Please repeat the question.
20             (Record read)
21       A     Yes, I have already discussed
22    that in the declaration.
23       Q     Can you please explain why.
24       A     Because during the preparation,
25    during the manufacturing or -- of the
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 21 of 22 PageID: 2494

DR. NICHOLAS PEPPAS                        November 29, 2012
OREXO AB vs. MYLAN                                        148

```
 1                        Peppas
 2    preparation of the formulation, it is
 3    often possible to add water for a
 4    particular process.  In fact, several
 5    times.  And then as long as the final
 6    material becomes essentially water free,
 7    and essentially as long as the functional
 8    characteristics of the mucoadhesive are
 9    not jeopardized, the system will act as a
10    bioadhesive.
11        Q    Is that what you discussed in
12    paragraphs 48 and 49 of the declaration?
13             MR. HOCHSTETLER:  Objection.
14        Leading.
15        A    Indeed, paragraph 48 I do say
16    explicitly.  Second part, for example,
17    "Some muco-bioadhesive material will after
18    exposure to water during manufacture
19    continue to exhibit muco-bioadhesive
20    properties in the completed dosage form."
21    And in 49 the same thing.
22        Q    Now, I'd like to shift gears and
23    go to a document that you were discussing
24    this afternoon with Mr. Hochstetler,
25    specifically what was Tab 15 in your
```



Case 3:11-cv-03788-FLW-LHG   Document 112-3   Filed 12/07/12   Page 22 of 22 PageID: 2495

DR. NICHOLAS PEPPAS                          November 29, 2012
OREXO AB vs. MYLAN                                        149

```
 1                        Peppas
 2     declaration.  And, I think, was marked as
 3     Peppas Exhibit 9.
 4               MR. HOCHSTETLER:  Yes.
 5          Q     You had the chance to read and
 6     study this article prior to your
 7     deposition, correct?
 8          A     Yes, sir.
 9          Q     And you had the -- you have been
10     questioning at length, I would say, by Mr.
11     Hochstetler, correct?
12          A     I was questioned by Mr.
13     Hochstetler.
14          Q     In your view, does Exhibit 9
15     tell you whether Kollidon-CLM can act as a
16     bioadhesive or mucoadhesive promoting
17     agent?
18               MR. HOCHSTETLER:  Objection.
19          A     I believe that I have already
20     stated that during my previous part of the
21     deposition, that I believe Kollodin-CLM
22     acts as a mucoadhesive or bioadhesive
23     agent.
24               MR. ZULLOW:  I pass the witness.
25               MR. HOCHSTETLER:  Couple of
```

