## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of OREXO AB'S RESPONDING *MARKMAN* SUBMISSION and accompanying declarations and exhibits to be served by electronic mail, this 7th day of December, 2012, upon the following counsel:

Beth D. Jacob (bjacob@kelleydrye.com)
Douglass C. Hochstetler (dhochstetler@kelleydrye.com)
Clifford Katz (ckatz@kelleydrye.com)
Constantine Koutsoubas (ckoutsoubas@kelleydrye.com)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800

Arnold B. Calmann (abc@saiber.com)
Jeffrey S. Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
SAIBER LLC
One Gateway Center, 10th Floor
Newark, NJ 07102-5311
Tel: (973) 622-3333


By:    s/John E. Flaherty
          John E. Flaherty