UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB,<br><br>       Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>       Defendants. | Civil Action No. 3:11-cv-3788-FLW-LHG<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br><br><br>Document Filed Electronically |

## ORDER TO SEAL

**THIS MATTER** having been opened to the Court by Plaintiff Orexo AB, by and through their undersigned counsel, in connection with Orexo's Motion to Seal (ECF No. 113), pursuant to Local Civil Rule 5.3(c); and the Court having considered the papers submitted by Orexo in support of its Motion; and papers submitted by Defendant/Counterclaim-Plaintiffs Mylan Laboratories Limited and Mylan Inc. (collectively, "Mylan") in further support thereof; and the Court having been notified by Mylan of the information which Mylan has designated Highly Confidential; and the Court having considered and adopted the Declaration of Constantine Koutsoubas, counsel for Mylan, and the Findings of Fact and Conclusions of Law submitted by Mylan in further support of Orexo's Motion to Seal; and the Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and support the sealing of the foregoing confidential documents and information; and the Court having considered oral argument of the parties, if any; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown,

**IT IS** on this 7th day of January 2013;

**ORDERED** that Orexo's Motion to Seal, pursuant to Local Civil Rule 5.3(c), the subject documents and information be and the same is hereby granted; and it is further

**ORDERED** that the following documents containing and/or reflecting Mylan's confidential information shall be sealed:

- Orexo AB's Responding *Markman* Submission (ECF No. 110) ("Orexo's Responding Brief") at page 1, lines 10–11 between the words "be added to the claims" and "even though the '910 patent language";

- Orexo's Responding Brief at page 3, footnote 2, lines 2–8 starting from the end of the first sentence ("…depending on make and grade.") to the end of the footnote;

- Orexo's Responding Brief at page 13, footnote 7, lines 4–11 starting from the end of the second sentence ("…(something Mylan avoids).") to the end of the footnote;

- Exhibit 34 to the Declaration of Anna Brook; and

- Exhibit 37 to the Declaration of Anna Brook.

**ORDERED** that said documents and information shall be sealed and shall be filed UNDER SEAL with this Court; and it is further

**ORDERED** that the Clerk of the Court terminate this motion (ECF No. 113) accordingly.

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE