UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB,<br>            Plaintiff,<br><br>            v.<br><br>MYLAN PHARMACEUTICALS INC. and,<br>MYLAN INC,<br>            Defendants. | Honorable Freda L. Wolfson, U.S.D.J.<br>Honorable Lois H. Goodman, U.S.M.J.<br><br>Civil Action No. 3:11-cv-03788 (FLW)(LHG) |

## [PROPOSED] ORDER

This matter having come before the Court, it is hereby ordered that, absent extraordinary circumstances, the parties will produce employee witnesses for deposition in NY.  Mylan shall produce Dr. Abhijit Deshmukh for deposition in New York on May 3, 2013.  Mylan will continue to report to the court on its efforts to secure visas and any other necessary documentation for Balamurugan Jeganathan and Raveendra Pai (collectively, with Dr. Deshmukh, "Mylan's Employee Witnesses") so that they may appear for depositions in New York before May 15, 2013.

It is further ordered that Mylan shall provide information and assistance to the extent practicable to secure the deposition testimony of its former employees Subash Chandra Mohanta and P. Murali Krishna.  Orexo's non-employee inventor, Christer Nyström, will testify voluntarily in New York on April 25, 2013.

The Court shall address the remainder of the schedule after Mylan resolves whether it is able to produce the Mylan Employee Witnesses in New York before May 15, 2013 and the

outcome of Mylan's efforts to obtain the voluntary attendance of the non-employee witnesses identified above.

IT IS SO ORDERED.

April 17, 2013

Hon. Lois H. Goodman, U.S.M.J.