John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Errol B. Taylor
Fredrick M. Zullow
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

*Attorneys for Plaintiff Orexo AB*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB, | : |
|           Plaintiff, : | Honorable Freda L. Wolfson, U.S.D.J. |
| : | Honorable Lois H. Goodman, U.S.M.J. |
| : | |
|       v. : | Civil Action No. 3:11-cv-3788 (FLW)(LHG) |
| : | |
| MYLAN PHARMACEUTICALS INC. : | **Motion Day: May 20, 2013** |
| and MYLAN INC., : | |
| : | |
|           Defendants. : | |
| : | |

## NOTICE OF MOTION FOR APPLICATION FOR ISSUANCE, PURSUANT TO THE HAGUE CONVENTION, OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITY OF INDIA

**TO MYLAN PHARMACEUTICALS INC. AND MYLAN INC., AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Orexo AB ("Plaintiff"), will move before this Court at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, on May 20, 2013 at 10:00 a.m., before the Honorable Freda L. Wolfson, United States District Judge, for entry of an Order granting Orexo's application, pursuant to the Hague Convention, for issuance of a Letter of Request for international judicial assistance to the appropriate judicial authority of India.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the Memorandum submitted with this Notice of Motion, the Declaration of Sunila Sreepada, Exhibits A–G and Schedule A, and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Plaintiff's motion is attached as Exhibit B.

Respectfully Submitted,

Dated:  April 23, 2013

By:    s/ John E. Flaherty

John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Errol B. Taylor
Fredrick M. Zullow
MILBANK, TWEED, HADLEY &
McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

*Attorneys for Plaintiff*
*Orexo AB*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true copies of the foregoing NOTICE OF MOTION FOR APPLICATION FOR ISSUANCE, PURSUANT TO THE HAGUE CONVENTION, OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITY OF INDIA and supporting documents were caused to be served on April 23, 2013 via email and/or the ECF system upon all counsel of record.


By: *s/John E. Flaherty*
     John E. Flaherty

3