UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB, <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN INC., <br><br> Defendants. | Honorable Freda L. Wolfson, U.S.D.J. <br> Honorable Lois H. Goodman, U.S.M.J. <br><br> Civil Action No. 3:11-cv-3788 (FLW)(LHG) <br><br> **Motion Day: May 20, 2013** |

**DECLARATION OF SUNILA SREEPADA IN SUPPORT OF PLAINTIFF OREXO'S MOTION FOR APPLICATION FOR ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITY OF INDIA**

I, Suni Sreepada, hereby declare as follows:

1. I am an associate with the law firm Milbank, Tweed, Hadley & McCloy LLP, and have been retained to represent Orexo AB ("Orexo") in the present lawsuit. I am a member, in good standing, of the bars of the State of New York and the State of New Jersey and have been admitted to this court *pro hac vice*. I have personal knowledge of the facts contained in this declaration, and if called to testify regarding such facts, I am competent to do so.

2. Attached as Exhibit A is a true and correct copy of a Memorandum in Support of Plaintiff Orexo AB's Motion for the Issuance of a Letter of Request to the Central Authority of India for Testimony from Subash Chandra Mohanta and P. Murali Krishna.

3. Attached as Exhibit B is a true and correct copy of a Proposed Order Granting Orexo AB's Motion for Application for Issuance, Pursuant to the Hague Convention, of a Letter of Request for International Judicial Assistance to the Appropriate Judicial Authority of India.

4. Attached as Exhibit C is a true and correct copy of a March 25, 2013 Letter from Beth D. Jacob to Errol B. Taylor.

5. Attached as Exhibit D is a true and correct copy of an April 8-9, 2013 Email chain from Sung W. Kim to myself and other individuals.

6. Attached as Exhibit E is a true and correct copy of a November 10, 2010 Product Development Report bearing bates number MYLAN0014800-884.

7. Attached as Exhibit F is a true and correct copy of a July 31, 2009 Lab Note book bearing bates number MYLAN0011327-426.

8. Attached as Exhibit G is a true and correct copy of the Hague Conference on Private International Law (HCCH) website accessed on April 12, 2013.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed by me on April 23, 2013.

Sunita Sreepada