# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| OREXO AB, | : |
| Plaintiff, | : Honorable Freda L. Wolfson, U.S.D.J. |
|  | : Honorable Lois H. Goodman, U.S.M.J. |
| v. | : |
|  | : Civil Action No. 3:11-cv-3788 (FLW)(LHG) |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC., | : |
| Defendants. | : |

### [PROPOSED] ORDER GRANTING OREXO AB'S MOTION FOR APPLICATION FOR ISSUANCE, PURSUANT TO THE HAGUE CONVENTION, OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITY OF INDIA

**THIS MATTER** having come before the Court by way of Plaintiff Orexo AB's Motion for Application for Issuance, pursuant to the Hague Convention, of a Letter of Request for international judicial assistance to the appropriate judicial authority of India; and the Court having considered the parties' submissions;

**IT IS** on this _____ day of _____, 2013

**ORDERED** that Plaintiff's Motion for Application for Issuance, pursuant to the Hague Convention, of a Letter of Request for international judicial assistance to the appropriate judicial authority of India is **GRANTED**.

_____
Hon. Freda L. Wolfson, U.S.D.J.