John E. Flaherty
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
**MILBANK, TWEED, HADLEY
  & McCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

*Attorneys for Plaintiff Orexo AB*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OREXO AB, | : | Honorable Freda L. Wolfson, U.S.D.J. |
| Plaintiff, | : | Honorable Lois H. Goodman, U.S.M.J. |
| | : | |
| v. | : | Civil Action No. 3:11-cv-03788 (FLW)(LHG) |
| | : | |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC., | : | **NOTICE OF MOTION TO SEAL** |
| | : | **Motion Day: May 20, 2013** |
| Defendants. | : | |

TO MYLAN PHARMACEUTICALS INC. AND MYLAN INC., AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Orexo AB ("Plaintiff"), will move before this Court at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, on May 20, 2013 at 10:00 a.m., before the Honorable Lois H. Goodman, United States Magistrate Judge, for entry of an Order, pursuant to Local Civil Rule 5.3(c), permitting the sealing of portions of the Memorandum of Law in Support of Plaintiff Orexo AB's Motion for the Issuance of a Letter of Request to the Central Authority of India for Testimony from Subash Chandra Mohanta and P. Murali Krishna, and Exhibits A, C, D, E, and F in their entirety, which were electronically filed on April 23, 2013 [D.I. 123].

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the Memorandum submitted with this Notice of Motion, the Declaration of Sunila Sreepada, the proposed redactions to the memorandum, and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Plaintiff's motion is attached.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>Dated: April 25, 2013</td><td>By: <u>s/John E. Flaherty</u><br>John E. Flaherty<br><b>MCCARTER & ENGLISH, LLP</b><br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br><br>Errol B. Taylor<br>Fredrick M. Zullow<br>Anna Brook<br><b>MILBANK, TWEED, HADLEY<br>  & MCCLOY LLP</b><br>1 Chase Manhattan Plaza<br>New York, New York 10005-1413<br>(212) 530-5000</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of the foregoing Notice of Motion to Seal and supporting documents were caused to be served on April 25, 2013 via email and/or the ECF system upon all counsel of record.

By: *s/John E. Flaherty*
John E. Flaherty