UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB,<br><br>            Plaintiff,<br><br>      v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>            Defendants. | Civil Action No. 3:11–cv–3788–FLW–LHG<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br><br><br>Document Filed Electronically |

## ORDER TO SEAL

**THIS MATTER** having been opened to the Court by Plaintiff Orexo AB, by and through their undersigned counsel, in connection with Orexo's Motion to Seal (ECF No. 124), pursuant to Local Civil Rule 5.3(c); and the Court having considered the papers submitted by Orexo in support of its Motion; and papers submitted by Defendant/Counterclaim-Plaintiffs Mylan Laboratories Limited and Mylan Inc. (collectively, "Mylan") in further support thereof; and the Court having been notified by Mylan of the information which Mylan has designated Highly Confidential; and the Court having considered and adopted the Declaration of Constantine Koutsoubas, counsel for Mylan, and the Findings of Fact and Conclusions of Law submitted by Mylan in further support of Orexo's Motion to Seal; and the Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and support the sealing of the foregoing confidential documents and information; and the Court having considered oral argument of the parties, if any; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown,

**IT IS** on this __ day of _____ , 2013;

**ORDERED** that Orexo's Motion to Seal, pursuant to Local Civil Rule 5.3(c), the subject documents and information be and the same is hereby granted; and it is further

**ORDERED** that the following documents containing and/or reflecting Mylan's confidential information shall be sealed:

- Orexo AB's Memorandum of Law in Support of Plaintiff Memorandum of Law in Support of Plaintiff Orexo AB's Motion for the Issuance of a Letter of Request to the Central Authority of India for Testimony from Subash Chandra Mohanta and P. Murali Krishna (ECF No. 123) ("Orexo's Brief") at page 4, line 11 to page 5, line 2 between the words "Misters Mohanta and Krishna" and "Mylan's ANDA Products";

- Orexo's Brief at page 6, lines 6–17 between the words "Mr. Mohanta" and "Mylan's ANDA Products)";

- Orexo's Brief at page 10, lines 4–7 between the words "Specifically" and "discoverable evidence";

- Orexo's Brief at page 11, lines 7–14 between the words "The two" and "observed and evaluated;" and

- Exhibits A, C, D, E, F.

**ORDERED** that said documents and information shall be sealed and shall be filed UNDER SEAL with this Court; and it is further

**ORDERED** that the Clerk of the Court terminate this motion (ECF No. 124) accordingly.

_____
**HONORABLE LOIS H. GOODMAN**
**UNITED STATES MAGISTRATE JUDGE**