Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
973-622-3333
973-286-2465 (facsimile)

Douglass C. Hochstetler (DHochstetler@KelleyDrye.com)
Constantine Koutsoubas (CKoutsoubas@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
333 West Wacker Drive
26th Floor
Chicago, IL 60606
312-867-7070
312-867-7096 (facsimile)

Beth D. Jacob (BJacob@KelleyDrye.com)
Clifford Katz (CKatz@KelleyDrye.com)
Sung W. Kim (SuKim@KelleyDrye.com)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
Suite 1700
New York, NY 10178
212-808-7800
212-808-7897 (facsimile)

Attorneys for Defendants/Counterclaim Plaintiffs
Mylan Pharmaceuticals Inc. and Mylan Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| OREXO AB, | : Honorable Freda L. Wolfson, U.S.D.J. |
| Plaintiff, | : Honorable Lois H. Goodman, U.S.M.J. |
| | : |
| v. | : Civil Action No. 3:11-cv-03788 (FLW)(LHG) |
| | : |
| MYLAN PHARMACEUTICALS INC. and, MYLAN INC, | : **CERTIFICATE OF SERVICE** |
| Defendants. | : *Document Electronically Filed* |
| | : |
| | : |

**ARNOLD B. CALMANN**, hereby certifies as follows:

1.      I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2.      I hereby certify that I caused a copy of (1) Defendants/Counterclaim Plaintiffs Mylan Pharmaceuticals Inc. and Mylan Inc.'s (collectively "Mylan") Brief in further support of Plaintiff's Motion to Seal; (2) Declaration of Constantine Koutsoubas; (3) Proposed Findings of Fact and Conclusions of Law; (4) Proposed form of Order; and (5) this Certificate of Service, to be served upon counsel of record by CM/ECF and electronic mail, this **9th** day of **May, 2013**.

Dated:  May 9, 2013                       s/ Arnold B. Calmann                           

                                          Arnold B. Calmann