UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MYLAN PHARMACEUTICALS and MYLAN INC.,<br><br>　　　　Defendants. | Civil Action No. 3:11-cv-3788-FLW-LHG<br><br>*Document Filed Electronically* |

### CONSENT ORDER NO. 2 MODIFYING
### DISCOVERY CONFIDENTIALITY ORDER

**THIS MATTER** having been opened to the Court by Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively "Mylan"), by its attorneys of record herein, seeking a modification of the Discovery Confidentiality Order ("DCO") issued by United States Magistrate Judge Lois H. Goodman on March 26, 2012 (ECF No. 47); and it appearing that Paragraphs 4b.(1) and 5b.(1) of the DCO identify in-house counsel of a named party to whom certain information designated as "Confidential" or "Highly Confidential" may be disclosed under the terms of the DCO; and Paragraphs 4b.(1) and 5b.(1) further providing that "[t]he parties may add persons to the list above by mutual agreement in writing by counsel"; and the Court having been informed in a letter from Arnold B. Calmann, Esq., counsel for Mylan, dated June 5, 2013, that plaintiff's counsel has agreed in writing and consented to the substitution of Ms. Minaksi Bhatt, Mylan's Vice President and Assistant Global General Counsel - Patent Litigation, in place of Ms. Jaime B. Lebo, to whom information designated as "Confidential" or "Highly Confidential" may be disclosed pursuant to Paragraphs 4b.(1) and 5b.(1) of the DCO; and the Court having considered the status of these proceedings and the pleadings in this matter;

and for other and good cause having been shown,

**IT IS** on this ___7th___ day of ___June___ 2013;

**ORDERED** that Mylan's application to modify the DCO and substitute Ms. Minaksi Bhatt (in place of Ms. Jaime B. Lebo) as in-house counsel of Mylan who shall have access to information designated as "Confidential" and "Highly Confidential" pursuant to Paragraphs 4b.(1) and 5b.(1) of the DCO, be and the same is hereby granted, and it is further

**ORDERED** that the March 26, 2012 DCO be and the same is hereby amended to substitute Ms. Minaksi Bhatt (in place of Ms. Jaime B. Lebo) named under Paragraphs 4 and 5 of the DCO who shall have access to "Confidential" and "Highly Confidential" information; and it is further

**ORDERED** that Ms. Minaksi Bhatt, having been added to the list of persons under Paragraphs 4 and 5 of the DCO who are authorized to have access to "Confidential" and "Highly Confidential" information, shall abide by all the terms and conditions of the said DCO.

HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE