

June 14, 2013

**VIA ECF**

Hon. Lois H. Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:** *Orexo AB v. Mylan Pharmaceuticals Inc., et al.,*
<u>Civil Action No. 11-3788 (FLW) (LHG)</u>

Dear Judge Goodman:

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Our firm, along with our co-counsel Milbank, Tweed, Hadley & McCloy LLP, represents Plaintiff Orexo AB in this action. We write regarding a proposed change to the briefing schedule for Mylan's Motion for Leave to File Its First Amended Answer to Complaint, Separate Defenses, and Counterclaims (ECF No. 130) ("Motion for Leave"), which was filed on June 7, 2013.

Orexo contacted Defendants on Wednesday, June 12, 2013 to request Defendants' consent to a one-week extension of the filing deadline for Orexo's opposition brief (from June 17, 2013 to June 24, 2013). In response, Defendants requested an additional week to the time allotted to file their reply brief. Both parties consented to the requests.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Accordingly, Orexo respectfully requests the Court's approval of the following briefing schedule for Mylan's Motion for Leave:

- Orexo's brief in opposition to the Motion for Leave (currently due Monday, June 17, 2013) will be due on Monday, June 24, 2013.

- Mylan's reply brief will be due on Monday, July 8, 2013.

If the proposed schedule is acceptable to Your Honor, we respectfully request that you 'so order' this letter and have it entered on the docket.

BOSTON

HARTFORD

NEW YORK

Respectfully submitted,

s/John E. Flaherty

NEWARK

PHILADELPHIA

John E. Flaherty               SO ORDERED on this ____ day of June, 2013:

STAMFORD

cc: Counsel of Record

_____
Hon. Lois H. Goodman, U.S.M.J.

WILMINGTON