

June 18, 2013

**VIA ECF**

Hon. Lois H. Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Re: *Orexo AB v. Mylan Pharmaceuticals Inc., et al.,*
Civil Action No. 11-3788 (FLW) (LHG)

Dear Judge Goodman:

    Our firm, along with our co-counsel Milbank, Tweed, Hadley & McCloy LLP, represents Plaintiff Orexo AB in the above-referenced matter. We write to inform the Court that Orexo has decided not to file a brief in opposition to Defendants' Motion for Leave to File Its First Amended Answer to Complaint, Separate Defenses, and Counterclaims. In light of the Court's reasoning and order during the June 17, 2013 teleconference permitting discovery relating to inequitable conduct while Mylan's motion to add that defense is pending, Orexo believes it will be more efficient for the parties to direct their attention towards completing discovery at this time. Orexo maintains that Mylan's allegations are factually deficient and legally baseless, and should have never been asserted. Orexo intends to seek summary judgment that there has been no inequitable conduct after the parties complete discovery.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Respectfully submitted,

s/John E. Flaherty

John E. Flaherty

cc: Counsel of Record (via email)

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON