UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OREXO AB,<br><br>      Plaintiff/ Counterclaim-Defendant,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>      Defendants/Counterclaim-Plaintiffs. | Civil Action No. 3:11–cv–3788–FLW–LHG<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br><br>Hon. Lois H. Goodman, U.S.M.J.<br><br><br>*Document Filed Electronically* |

## ORDER GRANTING DEFENDANTS MYLAN INC. AND MYLAN PHARMACEUTICALS INC. LEAVE TO FILE ITS FIRST AMENDED ANSWER TO COMPLAINT, SEPARATE DEFENSES, AND COUNTERCLAIMS

**THIS MATTER** having been brought before the Court upon the Motion of Defendants and Counterclaim-Plaintiffs Mylan Pharmaceuticals Inc. and Mylan Inc. ("Defendants" or "Mylan") for entry of an Order granting Mylan leave to file its First Amended Answer to Complaint, Separate Defenses, and Counterclaims to include defenses and counterclaims of inequitable conduct before the United States Patent and Trademark Office ("USPTO") and unclean hands; and the Court having considered the papers submitted in support of the within Motion; *the Court having been advised that Plaintiff will not file opposition to the motion*; ~~any opposition thereto, and any papers filed in reply thereto; and the Court having considered oral argument of the parties, if any~~; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown,

IT IS on this ___19th___ day of ___June___, 2013,

{00779780.DOC}

**ORDERED** that Defendants' Motion for leave to file its First Amended Answer to Complaint, Separate Defenses, and Counterclaims to include defenses and counterclaims of inequitable conduct and unclean hands before the United States Patent and Trademark Office ("USPTO") be and the same is hereby GRANTED; and it is further

**ORDERED** that Defendants shall file their First Amended Answer to Complaint, Separate Defenses, and Counterclaims, in the form attached as Exhibit A to the Declaration of Sung W. Kim, within ~~ten (10)~~ 5 days of the date of receipt of the entry of this Order; and it is further

**ORDERED** that Plaintiff and Counterclaim-Defendant Orexo AB shall file a reply within fourteen (14) days from the date of the filing of the First Amended Answer to the Complaint, Separate Defenses and Counterclaims.

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

CH01\KoutC\292566.1

{00779780.DOC}                              -2-