John E. Flaherty
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
**MILBANK, TWEED, HADLEY
  & McCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

*Attorneys for Plaintiff Orexo AB*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OREXO AB, | : | Honorable Freda L. Wolfson, U.S.D.J. |
| Plaintiff, | : | Honorable Lois H. Goodman, U.S.M.J. |
| | : | |
| v. | : | Civil Action No. 3:11-cv-03788 (FLW)(LHG) |
| | : | |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC., | : | **NOTICE OF MOTION TO SEAL** |
| | : | **Motion Day: September 16, 2013** |
| Defendants. | : | |

TO MYLAN PHARMACEUTICALS INC. AND MYLAN INC., AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Orexo AB ("Plaintiff") will move before this Court at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, on September 16, 2013, before the Honorable Lois H. Goodman, United States Magistrate Judge, for entry of an Order, pursuant to Local Civil Rule 5.3(c), permitting the sealing of portions of Plaintiff's Answer and Defenses to Counterclaims set forth in Defendants' First Amended Answer, which was electronically filed on July 22, 2013 [D.I. 146].

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the Memorandum submitted with this Notice of Motion, the Declaration of John E. Flaherty, proposed redactions to the answer, and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Plaintiff's motion is attached.

Respectfully submitted,

Dated: August 22, 2013

By: *s/John E. Flaherty*
John E. Flaherty
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
**MILBANK, TWEED, HADLEY
 & McCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of the foregoing Notice of Motion to Seal and supporting documents were caused to be served on August 22, 2013 via email and/or the ECF system upon all counsel of record.


By: *s/John E. Flaherty*
John E. Flaherty