# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OREXO AB, | : | |
| | : | Civil Action No. 3:11-cv-03788 (FLW)(LHG) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER GRANTING** |
| | : | **MOTION TO SEAL** |
| MYLAN PHARMACEUTICALS INC. and, | : | |
| MYLAN INC, | : | *DOCUMENT FILED ELECTRONICALLY* |
| | : | |
| Defendants. | : | |

**THIS MATTER** having been brought before the Court upon the Motion of Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan"), pursuant to Local Civil Rule 5.3(c), to Seal portions the following documents:

1. Portions of Defendants' Memorandum of Law in Support of its Motion for Leave to File its First Amended Answer to Complaint, Separate Defenses, and Counterclaims (ECF No. 131);

2. Portions of Exhibits A and B to the Declaration of Sung W. Kim (ECF Nos. 131-1 and 131-2); and

3. Exhibits D, H, and K to the Declaration of Sung W. Kim in their entirety (ECF Nos. 131-3, 131-4, and 131-5);

and the Court having considered the papers submitted by Mylan in support of the present *and the Court having been advised that Orexo does not intend to file any* Motion; ~~papers submitted by plaintiff Orexo AB in further support or opposition thereto, if any;~~ *additional papers in support,* ~~and any papers in reply~~ thereto; and the Court having considered and adopted the Findings of Fact and Conclusions of Law submitted by Mylan in support of the present Motion; and the Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and *and the Court having* support the sealing of the confidential information set forth below; ~~and the Court having~~ *considered this motion pursuant to Rule 78;* ~~considered oral argument of the parties, if any; and for the reasons set forth in the record~~ of the ~~proceedings~~, and for other and good cause having been shown;

IT IS on this ___11th___ day of __October__, 2013,

**ORDERED** that Mylan's Motion, pursuant to Local Civil Rule 5.3(c), to Seal the following documents:

1.   Portions of Defendants' Memorandum of Law in Support of its Motion for Leave to File its First Amended Answer to Complaint, Separate Defenses, and Counterclaims (ECF No. 131);

2.   Portions of Exhibits A and B to the Declaration of Sung W. Kim (ECF Nos. 131-1 and 131-2); and

3.   Exhibits D, H, and K to the Declaration of Sung W. Kim in their entirety (ECF Nos. 131-3, 131-4, and 131-5);

is hereby **GRANTED**; and it is further

**ORDERED** that the documents set forth above that were electronically filed with the Court shall be sealed and maintained under seal by the Court; and it is further

**ORDERED** that Mylan shall electronically file on the docket public copies of ~~the above~~ ~~filed materials redacted~~ and H within 10 days of this Order *redacted* Exhibits A, B as consistent with this Order.

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

CH01\KoutC\292606.1

2