UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| OREXO AB, <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and, MYLAN INC, <br><br> Defendants. | Civil Action No. 3:11-cv-03788 (FLW)(LHG) <br><br> **ORDER GRANTING** <br> **MOTION TO SEAL** <br><br> *DOCUMENT FILED ELECTRONICALLY* |

---

**THIS MATTER** having been brought before the Court upon the Motion of Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan"), pursuant to Local Civil Rule 5.3(c), to Seal portions of Defendants' First Amended Answer to Complaint, Separate Defenses, and Counterclaims (ECF No. 138) and the Court having considered the papers submitted by Mylan in support of the present Motion; papers submitted by plaintiff Orexo AB in further support or opposition thereto, if any; and any papers in reply thereto; and the Court having considered and adopted the Findings of Fact and Conclusions of Law submitted by Mylan in support of the present Motion; and the Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and support the sealing of the confidential information set forth below; and the Court having considered oral argument of the parties, if any; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown;

**IT IS** on this 11th day of October, 2013,

**ORDERED** that Mylan's Motion, pursuant to Local Civil Rule 5.3(c), to Seal the following material:

1. Portions of Defendants' First Amended Answer to Complaint, Separate Defenses, and Counterclaims (ECF No. 138);

is hereby **GRANTED**; and it is further

**ORDERED** that the document set forth above that was electronically filed with the Court shall be sealed and maintained under seal by the Court; and it is further

**ORDERED** that Mylan shall electronically file on the docket a public copy of the above filed document, redacted as consistent with this Order.

_____
**HONORABLE LOIS H. GOODMAN**
**UNITED STATES MAGISTRATE JUDGE**